Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC as servicer for (i) Pacific RBLF Funding Trust; and (ii) SF NU, LLC; and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 20, 2023 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 1452 W. Horizon Ridge Pkwy, #665 |
|  | Henderson, Nevada 89012 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |
|  | *Counsel for WCP Fund I LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com
*Counsel for the Debtor*

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

Sara Kathryn Mayson, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
sara.kathryn.mayson@usdoj.gov
*Counsel for the United States Trustee*

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig