IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Bankr. Case No. 23-00298-ELG** |
| **2116 4th Street LLC**<br>**Debtor.** | **Chapter 11** |

**Motion for Entry of Consent Order Conditioning Rights of Debtor(s) in Possession**

The debtors(s) in the case captioned above and United States Trustee for the District of Columbia, by counsel, move this Court for the entry of the attached Consent Order Conditioning Rights of Debtor(s) in Possession on the grounds that:

1. An order for relief under Chapter 11 of Title 11, United States Code, has been entered in this matter, and

2. Entry of this Order will aid in the administration of this case.

| | |
|---|---|
| **GERARD R. VETTER**<br>**United States Trustee for**<br>**Region 4** | **2116 4th Street LLC** |
| BY:   /s/Sara Kathryn Mayson<br>Sara Kathryn Mayson, Esq.<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>Ph: (703) 557-7176<br>Fax: (703) 557-7279<br>Sara.Kathryn.Mayson@usdoj.gov | BY:   /s/Kristen E. Burgers<br>Kristen E. Burgers, Esq.<br>Hirschler Fleischer<br>1676 International Drive<br>Suite 1350<br>Tysons, VA 22102<br>Ph: (703) 584-8364<br>Fax: (703) 584-8901<br>kburgers@hirschlerlaw.com |