DC Office of Tax and Revenue
P.O. Box 96165
Washington, DC 20090-6165


Granlan, LLC
10000 SW 231st Lane
Miami, FL 33190


Internal Revenue Service
Centralized Insolvency Operati
Post Office Box 7346
Philadelphia, PA 19101


Russell Drazin
Pardo & Drazin LLC
4400 Jennifer Street NW
Suite 2
Washington, DC 20015


SF NU, LLC
8401 Greensboro Drive
Suite 960
Mc Lean, VA 22102


Travelers
Obie Insurance Services, LLC
1134 West Hubbard Street, Fl. 3
Chicago, IL 60642


Victor Saeh
2414 Watts Street
Houston, TX 77030


WCP Fund I, LLC
8401 Greensboro Drive
Suite 960
Mc Lean, VA 22102