# United States Bankruptcy Court
### District of District of Columbia

In re  **2116 4th Street LLC**                                                                    Case No.  **23-00298-ELG**
Debtor(s)                                                                                                     Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Johannes Group, LLC**<br>**712 H Street NE, #849**<br>**Washington, DC 20002** | | | **Sole Member of Debtor** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Debtor Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 31, 2023**                                          Signature  **/s/ Andre Jean**
                                                                                                    **Andre Jean**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders