# United States Bankruptcy Court
### District of District of Columbia

In re   **2116 4th Street LLC**                                    Case No.   **23-00298-ELG**
                             Debtor(s)                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **2116 4th Street LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Johannes Group, LLC**
**712 H Street NE, #849**
**Washington, DC 20002**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 31, 2023** | **/s/ Kristen E. Burgers** |
| Date | **Kristen E. Burgers DC Bar No. 500674** |
| | Signature of Attorney or Litigant |
| | Counsel for   **2116 4th Street LLC** |
| | **Hirschler Fleischer PC** |
| | **1676 International Drive** |
| | **Suite 1350** |
| | **Tysons, VA 22102** |
| | **703-584-8364 Fax:703-584-8901** |
| | **kburgers@hirschlerlaw.com** |