## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 23-00298-ELG |
| 2116 4th STREET LLC, ) | |
| ) | (Chapter 11) |
| Debtor. ) | |

### VERIFIED STATEMENT OF SMALL BUSINESS DEBTOR
### PURSUANT TO BANKRUPTCY CODE SECTION 1116

The undersigned hereby makes the following verified statement pursuant to Section 1116 of the United States Bankruptcy Code (the "**Bankruptcy Code**"):

1. I am the authorized representative for 2116 4th Street LLC, the debtor and debtor-in-possession herein (the "**Debtor**").

2. The Debtor owns a three-unit residential unit located at 2116 4th Street NE, Washington, DC 20002.

3. The Debtor does not prepare balance sheets, income statements, or other financial statements.

4. The Debtor's sole member is Johannes Group, LLC ("**Johannes**"). Johannes is also the sole member of 315 West REAR St LLC, which is also filed a voluntary chapter 11 bankruptcy petition before this Court on October 17, 2023 (Case No. 23-00299).

5. The Debtor does not file its own income tax returns. The Debtor's business activity is included under Johannes on Schedule C to my personal income tax return.

---

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschleraw.com

*Proposed Counsel to the Debtor*

- 2 -

6.      Upon request, I will provide Schedule C from my personal income tax return to the Office of the United States Trustee.

Pursuant to 11 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2023                        */s/Andre Jean*
                                                            Andre Jean