# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-00298-ELG |
| 2116 4th STREET LLC, ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY
### HIRSCHLER FLEISCHER, PC AS BANKRUPTCY COUNSEL

UPON CONSIDERATION of the Debtor's Application to Employ Hirschler Fleischer, PC as Bankruptcy Counsel (the "**Application**"), by which 2116 4th Street LLC, the debtor and debtor-in-possession herein (the "**Debtor**"), seeks to employ the law firm of Hirschler Fleischer ("**HF**") as its bankruptcy counsel in this chapter 11 case, as is more fully set forth in the Application; and upon consideration of the Verified Statement of Kristen E. Burgers, a principal

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschleraw.com

*Proposed Counsel to the Debtor*

Case 23-00298-ELG    Doc 20-2    Filed 11/14/23    Entered 11/14/23 08:33:25    Desc
Proposed Order    Page 2 of 3

of HF (the "**Burgers Declaration**"); and the Court finding, upon the representations made in the Application and the Burgers Declaration, that HF represents or holds no interest adverse to the Debtor or its estate as to the matters upon which it is to be engaged, and is a disinterested party as contemplated by section 101(14) of the United States Bankruptcy Code; and due and proper notice of the Application having been provided, and the Court finding that no other or further notice need be provided; and it appearing that the employment of HF as sought in the Application is necessary and in the best interests of the Debtor, its creditors and other parties in interest; and no objections having been filed or any objections having been overruled; and after due deliberation and finding good cause, it is,

ORDERED, that pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ HF as its bankruptcy counsel upon the terms and conditions set forth in the Application, effective as of October 17, 2023; and it is further

ORDERED, that HF shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, and the Court's Local Bankruptcy Rules.

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
          kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

- 3 -

SEEN AND NO OBJECTION:

_____
Sara-Kathryn Mason, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Copies to:

    Stephen E. Leach
    Kristen E. Burgers
    HIRSCHLER FLEISCHER, PC
    1676 International Drive, Suite 1350
    Tysons, Virginia 22102

    Sara-Kathryn Mason, Esq.
    Office of the United States Trustee
    1725 Duke Street, Suite 650
    Alexandria, VA 22314

    All attorneys who have entered an appearance and who are registered e-filers