## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | )  |
|---|---|
| In re: | ) |
| | ) Case No. 23-00298-ELG |
| 2116 4th STREET LLC, | ) |
| | ) (Chapter 11) |
| Debtor. | ) |
| | ) |

## NOTICE OF CHANGE OF CREDITOR ADDRESS

NOTICE IS HEREBY GIVEN, in accordance with Local Bankruptcy Rule 1009-2, that for the creditor identified on Exhibit A, the address of such creditor appearing in the creditor matrix is no longer correct. The correct address for such creditor was listed on the Schedule E/F [Docket No. 13] filed by 2116 4th Street LLC, the debtor and debtor-in-possession herein, on October 31, 2023, and is listed on Exhibit A.

Counsel hereby requests that the address for this creditor be updated in the Court's records. Counsel has sent to this creditor at the address listed on Exhibit A the Notice of Chapter 11 Filing [Docket No. 5] and all documents which are required to be sent under Local Rule 1009-2.

Dated: November 14, 2023                                    Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing Notice of Change of Creditor Address was served via this Court's CM/ECF electronic filing service on all parties entitled to receive notice thereby and via first-class, postage prepaid, on the parties identified in Exhibit A.

                                                                                                 */s/ Kristen E. Burgers*
                                                                                                 Kristen E. Burgers

## EXHIBIT A

**Creditors**

Victor Saeh
2414 Watts Street
Houston, TX 77030

16665131.1  048852.00001