# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:  ) | |
| ) | Case No. 23-00298-ELG |
| 2116 4th STREET LLC,  ) | |
| ) | (Chapter 11) |
| Debtor.  ) | |

## NOTICE OF DISPUTED, CONTINGENT, AND/OR
## UNLIQUIDATED CLAIMS PURSUANT TO LOCAL RULE 1007-3

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 1007-3, that 2116 4th Street LLC, the debtor and debtor-in-possession herein (the "**Debtor**"), has listed your claim on its bankruptcy schedules as disputed, contingent, and/or unliquidated. Your claim may be reduced, modified, or eliminated. You should read this notice carefully and discuss it with an attorney, if you have one. All claims listed as disputed, contingent and/or unliquidated on the Debtor's bankruptcy schedules are identified on Attachment 1 attached hereto.

You have the right to file a proof of claim in this case. Your failure to file a proof of claim in a timely fashion may prevent you from voting on the plan or participating in any distribution thereunder.

The bar date for filing proofs of claim in this case is February 26, 2024, for all creditors other than governmental units. The bar date for filing proofs of claim in this case for governmental units is April 15, 2024.

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
    kburgers@hirschleraw.com

*Proposed Counsel to the Debtor*

- 2 -

Your filed proof of claim must conform substantially to Official Form No. 10.  Proof of claim forms may be obtained online at www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0.  If you have already filed a proof of claim in this case, you do not need to file another one.

Dated: November 14, 2023                              Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
            kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

## **ATTACHMENT 1**

### **Claims Listed as Disputed, Contingent, and/or Unliquidated**

| *Name of Claimant* | *Schedule* | *Amount of Claim (as Scheduled)* | *Disputed, Contingent, and/or Unliquidated* |
|---|---|---|---|
| SF NU, LLC<br>8401 Greensboro Drive, Suite 960<br>McLean, VA 22102-5149 | C | $2,120,609.00 | Disputed |
| WCP Fund I LLC<br>c/o Maurice B. VerStandig<br>The VerStandig Law Firm LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012 | | | Notice Only |
| Russell Drazin<br>Pardo & Drazin LLC<br>4400 Jennifer Street, NW, #2<br>Washington, DC 20015-2089 | | | Notice Only |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2023, I caused to be served a true and correct copy of the foregoing Notice of Disputed, Contingent, and/or Unliquidated Claims Pursuant to Local Rule 1007-3 (a) by operation of this Court's CM/ECF electronic case management system on all parties entitled to receive notice thereby and (b) by first-class mail on all parties identified on Attachment 1 to the Notice.

*/s/ Kristen E. Burgers*
Kristen E. Burgers