

P.O. Box 15284
Wilmington, DE 19850

2116 4TH STREET LLC
2116 4TH ST NE
WASHINGTON, DC  20002-2470

## Business Advantage

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking

for November 1, 2023 to November 30, 2023                     Account number: 2260 0439 0011

**2116 4TH STREET LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on November 1, 2023 | $1,348.22 |
| Deposits and other credits | 10,518.00 |
| Withdrawals and other debits | -5,600.23 |
| Checks | -0.00 |
| Service fees | -16.00 |
| **Ending balance on November 30, 2023** | **$6,249.99** |

- # of deposits/credits: 9
- # of withdrawals/debits: 10
- # of items-previous cycle[1]: 0
- # of days in cycle: 30
- Average ledger balance: $1,142.81

[1]Includes checks paid, deposited items and other debits

---

**SMALL BUSINESS RESOURCES**

**Get help finding the right tools and information to run and grow your business**

 Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.

Scan this code or visit **bankofamerica.com/SBR** today.



When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-05-23-0939.B  |  5681178

PULL: E   CYCLE: 44   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: DC

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



    **Your checking account**

2116 4TH STREET LLC   |   Account # 2260 0439 0011   |   November 1, 2023 to November 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/02/23 | DISTRICT OF COLU DES:HCVP FEDER ID:  INDN:2116 4TH STREET LLC    CO ID:1521934645 CCD | 1,468.00 |
| 11/02/23 | Online Banking transfer from CHK 6142 Confirmation# 4595794931 | 250.00 |
| 11/02/23 | Online Banking transfer from CHK 6142 Confirmation# 4895798200 | 250.00 |
| 11/03/23 | Zelle payment from  NICHOLE FELIX for "November balance unit C"; Conf# 0HZE82RTQ | 1,300.00 |
| 11/20/23 | Online Banking transfer from CHK 6142 Confirmation# 4751093836 | 2,000.00 |
| 11/28/23 | Online Banking transfer from CHK 6142 Confirmation# 4122778904 | 4,500.00 |
| 11/28/23 | Online Banking transfer from CHK 6142 Confirmation# 4222783012 | 250.00 |
| 11/28/23 | Online Banking transfer from CHK 6142 Confirmation# 4422790914 | 250.00 |
| 11/28/23 | Online Banking transfer from CHK 6142 Confirmation# 4822785726 | 250.00 |
| **Total deposits and other credits** | | **$10,518.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/01/23 | WASHINGTON GAS   DES:PAYMENT    ID:110001791489  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -19.34 |
| 11/01/23 | WASHINGTON GAS   DES:PAYMENT    ID:110001791463  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -16.56 |
| 11/01/23 | WASHINGTON GAS   DES:PAYMENT    ID:110001791471  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -15.20 |
| 11/03/23 | Online Banking transfer to CHK 4618 Confirmation# 4702635333 | -4,069.00 |
| 11/03/23 | Online Banking transfer to CHK 6142 Confirmation# 4303481485 | -400.00 |
| 11/06/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC    CO ID:0000000160 WEB | -66.75 |
| 11/22/23 | TRAVELERS             DES:BUS INSUR  ID:BPITBIXXXXXXXXX  INDN:2116 4TH STREET LLC    CO ID:4069827001 CCD | -913.39 |

*continued on the next page*

---

**BUSINESS ADVANTAGE**

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B  |  4878896

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 11/27/23 | Online Banking transfer to CHK 4618 Confirmation# 4311477755 | -50.00 |
| 11/28/23 | VERIZON         DES:PAYMENTREC ID:5571176230001   INDN:ANDRE JEAN            CO ID:9783397101 WEB | -49.99 |

**Total withdrawals and other debits** **-$5,600.23**

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

Based on the activity on your business accounts for the statement period ending 10/31/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $250+ in new net purchases on a linked Business debit card

○ $5,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 11/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |

**Total service fees** **-$16.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 1,281.12 | 11/06 | 13.37 | 11/27 | 1,049.98 |
| 11/02 | 3,249.12 | 11/20 | 2,013.37 | 11/28 | 6,249.99 |
| 11/03 | 80.12 | 11/22 | 1,099.98 | | |