## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>    Debtor. | Case No. 23-00298-ELG<br><br>(Chapter 11) |
| In re:<br><br>315 WEST REAR ST LLC,<br><br>    Debtor. | Case No. 23-00299-ELG<br><br>(Chapter 11) |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER SETTING AN EXPEDITED HEARING ON (I) MOTION FOR AUTHORIZATION TO OBTAIN POST-PETITION SECURED FINANCING AND (II) JOINT MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT RESOLVING THE SECURED CLAIMS OF WCP FUND I, LLC**

2116 4th Street LLC ("**2116 4th Street**") and 315 West REAR St LLC ("**315 West**"), each a debtor and debtor-in-possession in the above-captioned cases, as applicable (together, the "**Debtors**"), by counsel, move (the "**Motion**") for the entry of an order setting an expedited hearing on (a) the Motion for Authorization to Obtain Post-Petition Secured Financing (the "**Financing Motion**") and (b) the Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC (the "**Settlement Motion**") and, in support thereof, respectfully state as follows:

---

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
       kburgers@hirschleraw.com

*Counsel to the Debtors*

**Background**

1. On October 17, 2023 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby initiating their respective chapter 11 case (the "**Chapter 11 Cases**"). The Debtors continue to manage their respective property and financial affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and no official committee of creditors has been appointed in these Chapter 11 Cases.

2. 2116 4th Street owns and manages a former row house located at 2116 4th Street NE, Washington, DC 20002 that has been converted into a condominium building with three residential units and four parking units (the "**4th Street Property**"). 315 West owns a vacant parcel of real property with a storage shed located at 315 W Street NE, Washington, DC 20002 (the "**W Street Property**"), which is situated behind and across the alley from the 4th Street Property.

3. WCP Fund I, LLC ("**Current Lender**") made loans (the "**Loans**") to the Debtors which are secured by the 4th Street Property and the W Street Property. The Loans have matured and are accruing default interest at the rate of 24% per annum.

4. After good faith negotiations, the Debtors and the Current Lender have reached an agreement that resolves the Current Lender's claims against the Debtors, whereby (a) the Current Lender's claims will be allowed as a secured claim against 2116 4th Street in the amount of $1,621,395 and as a secured claim against 315 West in the amount of $478,605, such that the aggregate amount of the Current Lender's secured claims against the Debtors equals $2,100,000; (b) the Current Lender shall also have a secured claim against 315 West in the amount of $1,228.86 per day, which is the per diem default rate of interest on both Loans, for each day

commencing on February 16, 2024 through the day of closing on the refinancing of the Loans and payment in full of the Current Lender's allowed claims; (c) the Debtors and the Current Lender shall provide releases to one another; and (d) the Debtors are authorized and directed to pay the allowed secured claims of the Current Lender immediately from the proceeds of the Proposed Financing (collectively, the "**Settlement**").  The Settlement shall only become effective if the Current Lender's allowed secured claims are paid in full on or before March 8, 2024.

5.      The Debtors have obtained a commitment from Black Label Capital, LLC (the "**Proposed Lender**"), in the amount of up to $2,115,050 (the "**Proposed Financing**"), which would allow the Debtors to pay in full the secured claims of the Current Letter and to consummate the Settlement.

6.      Due to the accrual of default interest and the time limitations imposed by the Current Lender, the Debtors seek emergency consideration of the Financing Motion and the Settlement Motion.

### Venue and Jurisdiction

7.      The Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b) and may be determined by the Court.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

8.      By this Motion and the *Praecipe Re Emergency Matter* attached hereto as **Exhibit A**, the Debtors request entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Rules 5070-1(b) of the Local Rules of the United States Bankruptcy Court for the District of

Columbia (the "**Local Bankruptcy Rules**"): (i) deeming the Debtors' *Notice of Hearing of (I) Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* attached hereto as **Exhibit B** (the "**Notice**"), to be adequate and appropriate notice under the circumstances and (ii) setting an expedited hearing at the Court's earliest convenience on the Financing Motion and Settlement Motion (collectively, the "**Substantive Motions**").

## Basis for Relief

9. The Debtors filed the Substantive Motions to be heard by this Court on an expedited basis. Prompt entry of the relief requested in the Substantive Motions is critical to the Debtors' ability to consummate the settlement agreement with and refinance its obligations to the Current Lender and emerge successfully from bankruptcy.

10. Section 105(a) of the Bankruptcy Code provides this Court with the power to set an expedited Hearing on the Substantive Motions. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). In addition, Local Bankruptcy Rule 5070-1(b) allows the Court to, as requested herein, set a hearing on an expedited basis. In support of such request, the Debtors have provided the Praecipe required under Local Bankruptcy Rule 5070-1(b) as Exhibit A attached hereto.

11. An expedited hearing on the Substantive Motions is appropriate under these circumstances, given the accrual of default interest and the time limitations imposed by the Current Lender. The Debtors submit that approval of the Substantive Motions on an emergency basis is in the best interests of the Debtors, creditors, and estates.

**Notice**

12. No trustee, examiner or creditors' committee has been appointed in this Chapter 11 Case. The Debtors are serving notice of this Motion, along with copies of each of the Substantive Motions and all attachments thereto, by first class U.S. mail, and/or facsimile, and/or e-mail, as such information is available, on the following parties and their counsel, if known: (i) the Office of the United States Trustee, (ii) the Securities and Exchange Commission, and (iii) all creditors identified on the Debtors' schedules. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors request entry of an order setting an expedited hearing on the Motions and approving the form of notice thereof and granting such other relief as may be just and proper.

Dated: February 28, 2024

Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
           kburgers@hirschlerlaw.com

*Counsel to the Debtors*

16963555.1 048852.00001