**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>   Debtor. | Case No. 23-00298-ELG<br><br>(Chapter 11) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I caused the following documents to be served (a) by operation of the Court's CM/ECF electronic case management system on the parties identified on the "ECF Service List" attached as Exhibit 1 ("**ECF List**") and (b) by e-mail (if applicable) and first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached as Exhibit 2 ("**First Class Mail List**"):

1. A true and correct copy of the *Debtors' Motion for Entry of an Order Setting Expedited Hearing on (I) Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* and all exhibits and attachments (including the proposed form of order and Notice of Hearing and Opportunity to Object) [Docket #37];

2. A true and correct copy of the *Order Granting Debtors' Motion for Entry of an Order Setting Expedited Hearing on (I) Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* [Docket #38]; and

3. A true and correct copy of the *Notice of Hearing on and Opportunity to Object to (I) Debtors' Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* [Docket #39].

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
           kburgers@hirschleraw.com

*Counsel to the Debtors*

- 2 -

Dated:   February 29, 2024

Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:      (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
            kburgers@hirschleraw.com

*Counsel to the Debtor*

- 2 -

# **EXHIBIT 1**

### **ECF SERVICE LIST**

**Electronic Mail Notice List** - Parties in the case only

- **Kristen S. Eustis**:  Kristen.S.Eustis@usdoj.gov
- **Sara Kathryn Mayson**:  sara.kathryn.mayson@usdoj.gov
- **Maurice B. VerStandig**:  mac@mbvesq.com

# EXHIBIT 2

## E-MAIL AND FIRST CLASS MAIL SERVICE LIST

DC Office of Tax and Revenue
PO Box 96165
Washington, DC 20090-6165

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
Sara.kathryn.mayson@usdoj.gov

Travelers
Obie Insurance Services, LLC
1134 West Hubbard St., Fl. 3
Chicago, IL 60642
scortez@obieinsurance.com

Victor Saeh
2414 Watts Street
Houston, TX 77030
vsaeh@hotmail.com

Granlan, LLC
10000 SW 231st Lane
Miami, FL 33190
contracts@granlan.com

PHL Trust
10000 SW 231st Lane
Miami, FL 33190
office@phlinvest.com

Thelan Inc.
P.O. Box 77304
Washington, DC 20013
bd@thelan.us

EKM Law PLLC
2 Massachusetts Ave., NE #76607
Washington, DC 20013
Emily.morris@ekmlawfirm.com

Nueva Ideas Utilities
1921 East West Highway, Apt. 204
Silver Spring, MD 20910

Zurich in North America
1299 Zurich Way
Schaumburg, IL 60196
scortez@obieinsurance.com

Securities & Exchange Commission
950 East Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326-1382

16970590.1  048852.00001