# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-00298-ELG |
| 2116 4th STREET LLC, | ) |
| | ) (Chapter 11) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I caused a true and correct copy of *Order Authorizing the Debtors to Obtain Post-Petition Secured Financing* [Docket #43] to be served (a) by operation of the Court's CM/ECF electronic case management system on the parties identified on the "ECF Service List" attached as Exhibit 1 ("**ECF List**") and (b) by first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached as Exhibit 2 ("**First Class Mail List**").

Dated: March 5, 2024

Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
            kburgers@hirschleraw.com

*Counsel to the Debtor*

---

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
            kburgers@hirschleraw.com

*Counsel to the Debtors*

- 2 -

# **EXHIBIT 1**

### **ECF SERVICE LIST**

**Electronic Mail Notice List** - Parties in the case only

- **Kristen S. Eustis**:  Kristen.S.Eustis@usdoj.gov
- **Sara Kathryn Mayson**:  sara.kathryn.mayson@usdoj.gov
- **Maurice B. VerStandig**:  mac@mbvesq.com

# EXHIBIT 2

### FIRST CLASS MAIL SERVICE LIST

| | | |
|---|---|---|
| DC Office of Tax and Revenue<br>PO Box 96165<br>Washington, DC 20090-6165 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Trustee for Region Four<br>U.S. Trustee's Office<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314 |
| Travelers<br>Obie Insurance Services, LLC<br>1134 West Hubbard St., Fl. 3<br>Chicago, IL 60642 | Victor Saeh<br>2414 Watts Street<br>Houston, TX 77030 | Granlan, LLC<br>10000 SW 231st Lane<br>Miami, FL 33190 |
| PHL Trust<br>10000 SW 231st Lane<br>Miami, FL 33190 | Thelan Inc.<br>P.O. Box 77304<br>Washington, DC 20013 | EKM Law PLLC<br>2 Massachusetts Ave., NE #76607<br>Washington, DC 20013 |
| Nueva Ideas Utilities<br>1921 East West Highway, Apt. 204<br>Silver Spring, MD 20910 | Zurich in North America<br>1299 Zurich Way<br>Schaumburg, IL 60196 | Securities & Exchange Commission<br>950 East Paces Ferry Road, NE<br>Suite 900<br>Atlanta, GA 30326-1382 |