**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 23-00298-ELG |
| 2116 4th STREET LLC, ) | |
| ) | (Chapter 11) |
| Debtor. ) | |

**NOTICE OF FILING OF SUPPLEMENT**
**TO MARCH 2024 MONTHLY OPERATING REPORT**

PLEASE TAKE NOTICE that 2116 4th Street LLC, the debtor and debtor-in-possession herein (the "**Debtor**") hereby files a redacted copy of its April 2024 Bank of America bank statement (the "**April Bank Statement**") as a supplement to the Debtor's March 2024 Monthly Operating Report [Dkt. No. 56]. At the end of March 2024, the Debtor transferred $62,600 (comprised of two transfers in the amounts of $52,800 and $9,800) from its bank account in anticipation of closing on the refinancing of its secured loan. The refinancing was never consummated. Two transfers in the amount of $52,800 and $4,500 (for a total amount of $57,300) were made into the Debtor's bank account in April 2024, as evidenced by the April Bank Statement. An additional $5,300 was transferred back to the Debtor's bank account in May 2024. A copy of the April Bank Statement is attached hereto as Exhibit A.

Dated: May 14, 2024                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Kristen E. Burgers*
　　　　　　　　　　　　　　　　　　　　　Stephen E. Leach (DC Bar No. 925735)
　　　　　　　　　　　　　　　　　　　　　Kristen E. Burgers (DC Bar No. 500674)
　　　　　　　　　　　　　　　　　　　　　HIRSCHLER FLEISCHER, PC
　　　　　　　　　　　　　　　　　　　　　1676 International Drive, Suite 1350
　　　　　　　　　　　　　　　　　　　　　Tysons, Virginia 22102
　　　　　　　　　　　　　　　　　　　　　Telephone:    (703) 584-8900
　　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 584-8901
　　　　　　　　　　　　　　　　　　　　　Email: sleach@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　kburgers@hirschleraw.com
　　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtor*

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
　　　　　kburgers@hirschleraw.com

*Counsel to the Debtors*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2024, I caused the foregoing Notice of Filing of Supplement to March 2024 Monthly Operating Report to be served by operation of the Court's CM/ECF electronic case management system on the parties identified on the "ECF Service List" attached as <u>Exhibit 1</u>.

                                            */s/ Kristen E. Burgers*
                                            Kristen E. Burgers

# **EXHIBIT 1**

### **ECF SERVICE LIST**

**Electronic Mail Notice List** - Parties in the case only

- **Kristen S. Eustis**:  Kristen.S.Eustis@usdoj.gov
- **Sara Kathryn Mayson**:  sara.kathryn.mayson@usdoj.gov
- **Maurice B. VerStandig**:  mac@mbvesq.com

**EXHIBIT A**


BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

2116 4TH STREET LLC
2116 4TH ST NE
WASHINGTON, DC  20002-2470

## Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Gold

for April 1, 2024 to April 30, 2024

Account number:  0011

**2116 4TH STREET LLC**

### Account summary

| | |
|---|---|
| Beginning balance on April 1, 2024 | $1.05 |
| Deposits and other credits | 61,619.00 |
| Withdrawals and other debits | -506.55 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2024** | **$61,113.50** |

# of deposits/credits: 6
# of withdrawals/debits: 7
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $7,553.84

[1]*Includes checks paid, deposited items and other debits*

---

SMALL BUSINESS RESOURCES

**Get help finding the right tools and information to run and grow your business**

 Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.

Scan this code or visit **bankofamerica.com/SBR** today.



When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-05-23-0939.B  |  5681178

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation





**Your checking account**

2116 4TH STREET LLC   |   Account #   0011   |   April 1, 2024 to April 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 04/01/24 | Zelle payment from  NICHOLE FELIX for "April partial Unit C"; Conf# 01X74C42L | 1,101.00 |
| 04/02/24 | DISTRICT OF COLU DES:HCVP FEDER ID:  INDN:2116 4TH STREET LLC     CO ID:1521934645 CCD | 1,468.00 |
| 04/05/24 | Zelle payment from  NICHOLE FELIX for "Unit C April balance"; Conf# 01XC834OA | 1,500.00 |
| 04/05/24 | Online Banking transfer from CHK 4618 Confirmation# 4633867331 | 250.00 |
| 04/29/24 | Online Banking transfer from CHK 6142 Confirmation# 4841654248 | 52,800.00 |
| 04/29/24 | Online Banking transfer from CHK 6142 Confirmation# 4641158252 | 4,500.00 |
| **Total deposits and other credits** | | **$61,619.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 04/05/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC     CO ID:0000000160 PPD | -76.64 |
| 04/10/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC     CO ID:0000000160 WEB | -106.04 |
| 04/10/24 | DC WATER          DES:RES-WATER  ID:6671671  INDN:GABRIELA *ZAMORA        CO ID:0000408976 WEB | -43.36 |
| 04/15/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC     CO ID:0000000160 WEB | -179.80 |
| 04/15/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC     CO ID:0000000160 WEB | -29.52 |
| 04/15/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC     CO ID:0000000160 PPD | -21.20 |
| 04/25/24 | VERIZON           DES:PAYMENTREC ID:5571176230001  INDN:ANDRE JEAN           CO ID:9783397101 WEB | -49.99 |
| **Total withdrawals and other debits** | | **-$506.55** |



**Go paperless today!**

- Reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily — online or from our mobile app — 24/7 from virtually anywhere[1]

Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.

When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.   SSM-08-23-0773.B  |  5902255



## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 03/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card has not been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date  | Balance ($) | Date  | Balance ($) | Date  | Balance ($) |
|-------|-------------|-------|-------------|-------|-------------|
| 04/01 | 1,102.05    | 04/10 | 4,094.01    | 04/25 | 3,813.50    |
| 04/02 | 2,570.05    | 04/15 | 3,863.49    | 04/29 | 61,113.50   |
| 04/05 | 4,243.41    |       |             |       |             |