Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION (I) TO DEFER CONSIDERATION OF ADEQUACY OF
AMMENDED DISCLOSURE STATEMENT TO CONFIRMATION HEARING;
AND (II) TO HOLD CONFIRMATION HEARING**

NOTICE IS HEREBY GIVEN that WCP Fund I LLC ("WCP") has filed a motion to (i)

defer consideration of the adequacy of a disclosure statement until such a time as a hearing on

confirmation of a plan of reorganization is held; and (ii) fix and establish deadlines correlative to

consideration of the plan and disclosure statement.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion

or if you would like the Court to consider your views, then ON OR BEFORE JULY 11, 2024, you

must file and serve a written objection to the Application. The objection must be filed with the

Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C.

20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must

contain a complete specification of the factual and legal grounds upon which it is based. You may

append affidavits and documents in support of your objection.

1

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July  17, 2024 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: June 27, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig