The order below is hereby signed.

Signed: July 17 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION (I) TO DEFER
CONSIDERATION OF ADEQUACY OF DISCLOSURE STATEMENT TO
CONFIRMATION HEARING; AND (II) TO HOLD CONFIRMATION HEARING**

Upon consideration of the Motion (i) to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing; and (ii) to Hold Confirmation Hearing (the "Motion," as found at DE #66) filed by WCP Fund I LLC ("WCP"), a hearing thereupon conducted on July 17, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that WCP shall send notice of the disclosure statement herein (the "Disclosure Statement," as found at DE #65), inclusive of a copy of the proposed plan of reorganization (the "Plan," as found at DE #65-1) and, where applicable, a ballot, to all creditors, equity holders and parties in interest, alongside the United States Securities and Exchange Commission, on or before July 19, 2024; and it is further

ORDERED, that WCP shall promptly file a certificate memorializing such service; and it is further

ORDERED, that any objections to the Plan or Disclosure Statement shall be filed not later than August 16, 2024; and it is further

ORDERED, that any ballots cast on the Plan shall be cast in a manner so as to be received by counsel for WCP on or before August 16, 2024; and it is further

ORDERED, that WCP shall file a summary of ballots not later than August 19, 2024; and it is further

ORDERED, that a on hearing on the Disclosure Statement shall be held on August 21, 2024, 2024 at 3:00 pm prevailing eastern time and, should the Disclosure Statement be approved, said hearing shall be immediately followed by a hearing on confirmation of the Plan, with both such hearings to be held via hybrid format, in person in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom for government, with parties in interest able to procure an access code by sending an e-mail to Aimee_Mathewes@dcb.uscourts.gov.

Signed and dated above.

Service on recipients of electronic service.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

3