The order below is hereby signed.

Signed: July 18 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br>    2116 4th Street,<br>        Debtor. | Case No. 23-00298-ELG<br><br>Chapter 11 |

## ORDER DISCHARGING ORDER TO SHOW CAUSE

As of March 28, 2024, the Court entered an *Order to Show Cause Why Case Should Not Be Dismissed* (the "Show Cause Order") (ECF No. 48).

For the reasons stated on the record at the hearing held April 17, 2024, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Court's Show Cause Order (ECF No. 48) is **DISCHARGED**.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice