The order below is hereby signed.

Signed: July 17 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION (I) TO DEFER
CONSIDERATION OF ADEQUACY OF DISCLOSURE STATEMENT TO
CONFIRMATION HEARING; AND (II) TO HOLD CONFIRMATION HEARING**

Upon consideration of the Motion (i) to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing; and (ii) to Hold Confirmation Hearing (the "Motion," as found at DE #66) filed by WCP Fund I LLC ("WCP"), a hearing thereupon conducted on July 17, 2024, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that WCP shall send notice of the disclosure statement herein (the "Disclosure Statement," as found at DE #65), inclusive of a copy of the proposed plan of reorganization (the "Plan," as found at DE #65-1) and, where applicable, a ballot, to all creditors, equity holders and parties in interest, alongside the United States Securities and Exchange Commission, on or before July 19, 2024; and it is further

1

ORDERED, that WCP shall promptly file a certificate memorializing such service; and it is further

ORDERED, that any objections to the Plan or Disclosure Statement shall be filed not later than August 16, 2024; and it is further

ORDERED, that any ballots cast on the Plan shall be cast in a manner so as to be received by counsel for WCP on or before August 16, 2024; and it is further

ORDERED, that WCP shall file a summary of ballots not later than August 19, 2024; and it is further

ORDERED, that a on hearing on the Disclosure Statement shall be held on August 21, 2024, 2024 at 3:00 pm prevailing eastern time and, should the Disclosure Statement be approved, said hearing shall be immediately followed by a hearing on confirmation of the Plan, with both such hearings to be held via hybrid format, in person in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom for government, with parties in interest able to procure an access code by sending an e-mail to Aimee_Mathewes@dcb.uscourts.gov.

Signed and dated above.

Service on recipients of electronic service.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

United States Bankruptcy Court
District of Columbia

In re:  Case No. 23-00298-ELG
2116 4th Street  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 2
Date Rcvd: Jul 17, 2024  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 17 2024 21:59:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kristen E Burgers | on behalf of Debtor In Possession 2116 4th Street kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Jackson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 17, 2024 | Form ID: pdf001 | Total Noticed: 1
TOTAL: 5