Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of July, 2024, I caused a copy of (i) the Amended Disclosure Statement for Chapter 11 Plan of Reorganization of 2116 4th Street LLC Proposed by WCP Fund I LLC (DE #65); (ii) the Chapter 11 Plan of Reorganization of 2116 4th Street LLC Proposed by WCP Fund I LLC (DE #65-1); (iii) the Order Granting Motion (I) to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing; and (II) to Hold Confirmation Hearing (DE #70); and a Class 2 ballot to be sent, via US Mail, postage prepaid, to:

Granlan LLC
10000 SW 231st Lane
Miami, FL 33190-1993

Travelers
Obie Insurance Services, LLC
1134 West Hubbard St., Fl. 3
Chicago, IL 60642-6075

Victor Saeh
2414 Watts Street
Houston, TX 77030-1830

1

I FURTHER CERTIFY that on the 19th day of July, 2024, I caused a copy of (i) the Amended Disclosure Statement for Chapter 11 Plan of Reorganization of 2116 4th Street LLC Proposed by WCP Fund I LLC (DE #65); (ii) the Chapter 11 Plan of Reorganization of 2116 4th Street LLC Proposed by WCP Fund I LLC (DE #65-1); and (iii) the Order Granting Motion (I) to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing; and (II) to Hold Confirmation Hearing (DE #70) to be sent, via US Mail, postage prepaid, to:

2116 4th Street
712 H Street NE
#849
Washington, DC 20002-3627

DC Office of Tax and Revenue
P.O. Box 96165
Washington, DC 20090-6165

Internal Revenue Service
Centralized Insolvency Operati
Post Office Box 7346
Philadelphia, PA 19101-7346

Kristen E Burgers
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102-4940

United States Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

*[Signature on Following Page]*

Respectfully submitted,

Dated: July 20, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3