**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

**MATTERS SET FOR HEARING**
**ON AUGUST 21, 2024**

**NOTICE OF HEARING**

     NOTICE IS HEREBY GIVEN that at the request of the Court, all matters scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia on August 21, 2024 will be held virtually by Zoom only. Please contact the Courtroom Deputy to reschedule if an in-person hearing is required.

Contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information.

                                            For the Court:
                                            Angela D. Caesar
                                            BY: AM
                                            Dated: 7/26/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.