**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>Debtor. | Case No. 23-00298-ELG<br><br>(Chapter 11) |

**DEBTOR'S LIMITED OBJECTION TO PLAN OF REORGANIZATION
OF 2116 4TH STREET PROPOSED BY WCP FUND I, LLC**

2116 4th Street LLC ("**2116 4th Street**"), the debtor and debtor-in-possession in the above-captioned case (the "**Debtors**"), by counsel, files its limited objection (the "**Objection**") to the Plan of Reorganization [Docket No. 65] (the "**Plan**") proposed by WCP Fund I, LLC ("**Lender**") and, in support thereof, respectfully state as follows:

**Background**

1. On October 17, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby initiating this chapter 11 case (the "**Chapter 11 Case**"). The Debtor continues to manage its property and financial affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and no official committee of creditors has been appointed in this Chapter 11 Case.

2. 2116 4th Street owns and manages a former row house located at 2116 4th Street

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschleraw.com

*Counsel to the Debtor*

NE, Washington, DC 20002 that has been converted into a condominium building with three residential units and four parking units (the "**4th Street Property**"). Two of the three residential units are currently occupied.

3. WCP Fund I, LLC ("**Lender**") made a loan (the "**Loan**") to the Debtor which is secured by the 4th Street Property. The Loan is cross-collateralized with certain real property located at 315 W Street NE, Washington, DC 20002 (the "**W Street Property**") and owned by 315 West REAR St LLC ("**315 West** "). 315 West also filed a voluntary chapter 11 petition on October 17, 2024, thereby commencing the case captioned as *In re 315 West REAR Street LLC* (Case No. 23-00299). The Loan has matured.

4. The Debtor obtained the Loan for the purpose of redeveloping the 4th Street Property into residential condominiums. At the time the Loan was made, the 4th Street Property was a single parcel. Upon information and belief, after the recordation of certain documents creating the condominium structure, the 4th Street Property is now comprised of at least three separate legal units, one for each residence. It is not clear as to how the parking units are treated legally.

5. On June 27, 2024, Lender filed its Amended Disclosure Statement and Plan. Through the Plan, Lender proposes to hold an auction sale of the 4th Street Property, with a minimum bid of $1.5 million. *See* Plan, Section 4.1.1. Lender also proposes to give 7 days' notice of the sale to all holders of Claims. *See id.*

6. The Plan assumes that the 4th Street Property will be sold as a whole and does not contemplate that each residential condominium unit could be sold separately. A sale of each unit separately could result in higher returns and maximize value to the estate.

7. Additionally, the Plan is silent as to the tenants currently occupying two of the

residential condominium units. Any sale of the condominium units should include an assignment of the applicable lease by the Debtor to the purchaser and an assumption by the purchaser of the lease. The tenants must receive notice of the proposed assumption and assignment and have an opportunity to object to the proposed assignee. In addition, the Debtor is holding security deposits which must be transferred.

8. The Plan also contemplates that the Debtor shall be deemed dissolved and wound up upon the Confirmation Order becoming a Final Order.[1] *See* Plan, Section 4.3. The Debtor should not be deemed dissolved until the 4th Street Property (or each residential condominium unit and parking unit therein) has been sold and the applicable lease has been assigned. To do otherwise would create, at a minimum, legal ambiguity.

9. In addition, the Debtor is the proponent of the condominium association. The Debtor's responsibilities under the condominium documents will need to be addressed and conveyed to a new entity upon the sale of the 4th Street Property (or each residential condominium unit and parking unit therein).

10. Based on the foregoing, the Debtor submits that confirmation of the Plan should be denied.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

---

[1] Capitalized terms not defined herein shall have the meaning given to such term in the Plan.

- 4 -

WHEREFORE, the Debtors request entry of an denying confirmation of the Plan and granting such other relief as may be just and proper.

Dated: August 16, 2024	Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
        kburgers@hirschlerlaw.com

*Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2024, a copy of the foregoing Limited Objection to Plan of Reorganization Proposed by WCP Fund I, LLC, along with all attachments thereto, was served by operation of this Court's CM/ECF electronic case management system on all parties entitled to receive notice thereby.

> */s/ Kristen E. Burgers*
> Kristen E. Burgers

17522365.1 048852.00001