**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **2116 4th Street LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | **23-00298-ELG** |

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| | State the term remaining — **August 31, 2025** | **Beyond Fit Sports**<br>**2116 4th Street**<br>**Unit C**<br>**Washington, DC 20002** |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| | State the term remaining — **August 15, 2025** | **Binu Panicker**<br>**2116 4th Street**<br>**Unit B**<br>**Washington, DC 20002** |
| | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| | State the term remaining — **July 30, 2025** | **Gabriella Torres**<br>**2116 4th Street**<br>**Unit A**<br>**Washington, DC 20002** |
| | List the contract number of any government contract | |