**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| 2116 4th STREET LLC, | )  Case No. 23-00298-ELG |
|  | ) |
|  | )  (Chapter 11) |
| Debtor. | ) |
|  | ) |

**NOTICE OF NEWLY ADDED CREDITORS**

NOTICE IS HEREBY GIVEN, in accordance with Local Bankruptcy Rule 1009-2, that the creditors identified on Exhibit A were newly added to the creditor matrix when 2116 4th Street LLC, the debtor and debtor-in-possession herein, filed its Amended Schedule G on August 27, 2024.  The correct address for each such creditor is listed on Exhibit A.

Counsel hereby requests that the addresses for these creditors be updated in the Court's records.  Counsel has sent to these creditors at the address listed on Exhibit A the Notice of Chapter 11 Filing [Docket No. 5] and all documents which are required to be sent under Local Rule 1009-2.

Dated: August 27, 2024

Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
            kburgers@hirschlerlaw.com

*Counsel to the Debtor*

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August, 2024, a copy of the foregoing Notice of Newly Added Creditor was served via this Court's CM/ECF electronic filing service on all parties entitled to receive notice thereby and via first-class, postage prepaid, on the parties identified on Exhibit A.

                                                   */s/ Kristen E. Burgers*
                                                   Kristen E. Burgers

# EXHIBIT A

### Creditors

Binu Panicker
2116 4th Street
Unit B
Washington, DC 20002

Gabriella Torres
2116 4th Street
Unit A
Washington, DC 20002

Beyond Fit Sports
2116 4th Street
Unit C
Washington, DC 20002