**Fill in this information to identify the case:**

Debtor Name: 2116 4th Street LLC

United States Bankruptcy Court for the: _____ District of _____

Case number: 23-00298-ELG

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: June    Date report filed: 07/22/2024 (MM / DD / YYYY)

Line of business: Real Estate    NAISC code: 5313

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Andre M Jean

Original signature of responsible party: /s/ Andre M Jean

Printed name of responsible party: Andre M Jean

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  2116 4th Street LLC          Case number 23-00298-ELG

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 65,995.41

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 1,468.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ 1,816.80

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -348.80

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 65,646.61

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 32,152.89

    *(Exhibit E)*

Debtor Name  2116 4th Street LLC                                    Case number 23-00298-ELG

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                       $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                        _____ 0
27. What is the number of employees as of the date of this monthly report?                                           _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                          $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?            $ _____ 0.00
30. How much have you paid this month in other professional fees?                                                    $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | *Column B* **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 1,468.00 | – | $ 1,468.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 1,816.80 | – | $ 1,816.80 | = | $ 0.00 |
| 34. **Net cash flow** | $ -348.80 | – | $ -348.80 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                                                $ _____ 0.00
36. Total projected cash disbursements for the next month:                                                         − $ _____ 0.00
37. Total projected net cash flow for the next month:                                                              = $ _____ 0.00

Debtor Name  2116 4th Street LLC                                    Case number 23-00298-ELG

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

- ❏ 42. Project, job costing, or work-in-progress reports.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-00298-ELG |
| 2116 4th STREET LLC, | ) |
| | ) (Chapter 11) |
| Debtor. | ) |

**EXHIBITS TO MONTHLY OPERATING REPORT
(JUNE 2024)**

The following are exhibits are attached to the Debtor's monthly operating report ("**MOR**"):

1. Exhibit A – Explanation as to Questions 1-9 of the MOR;
2. Exhibit B – Explanation as to Questions 10-18 of the MOR;
3. Exhibit C – Cash Receipts;
4. Exhibit D – Cash Disbursements; and
5. Exhibit E – Unpaid Bills

Please note that the Debtor does not prepare financial statements in the ordinary course.

**EXHIBIT A**

The Debtor has not been able to establish a DIP account. It has consulted with Bank of America, Chase, Truist, TD Ameribank, Capital One and Axos, but none of these financial institutions were willing to open a debtor-in-possession account due to the Debtor's low cash balances.

**EXHIBIT B**

The Debtor paid the following pre-petition bills: Washington Gas, DC Water, Pepco (Electric Utility). These bills were paid because the Debtor had previously established automatic payments with the vendors and did not turn off the automatic payments upon the filing of the bankruptcy petition.

## EXHIBIT C
### (Cash Receipts)

The Debtor received rental income from the tenants in the three condominium units, as follows:

| Date of Payment | Source of Payment | Amount |
|---|---|---|
| 06/03/24 | Tenant Rent | $1,468.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | TOTAL RECEIPTS | $1,468.00 |

## EXHIBIT D
### (Cash Disbursements)

The Debtor made the following disbursements during the reporting period:

| Date of Payment | Payment To | Amount |
|---|---|---|
| 06/06/24 | Pepco | $48.76 |
| 06/07/24 | Return funds to DC Housing* | $1,468.00 |
| 06/11/24 | Pepco | $68.43 |
| 06/11/24 | Pepco | $21.05 |
| 06/12/24 | Washington Gas | $16.97 |
| 06/12/24 | Washington Gas | $16.97 |
| 06/12/24 | Washington Gas | $16.97 |
| 06/13/24 | Pepco | $35.36 |
| 06/13/24 | Pepco | $21.05 |
| 06/14/24 | Washington Gas | $19.81 |
| 06/14/24 | Washington Gas | $16.72 |
| 06/14/24 | Washington Gas | $16.72 |
| 05/28/24 | Verizon - Internet | $49.99 |
|  |  |  |
| *Unit | Total Disbursements | $1816.80 | C |

Tenant moved out on April 30 2024, per the District of Columbia Housing Authority instructions, we are to collect any extra amounts owed and be prepared to return the additional

- 3 -

funds upon request. Since the DCHA portion is no longer accompanying the previous tenants portion, we transfer it to a savings account until requested.

# EXHIBIT E
**(Unpaid Bills)**

The Debtor owes property taxes (to be paid as part of financial closing) in the total amount, as follows:

| Payee | Amount Owed |
|---|---|
| OFFICE OF TAX AND REVENUE DC GOVERNMENT REAL PROPERTY TAXES | $32,152.89 |
|  |  |
|  |  |
|  |  |



P.O. Box 15284
Wilmington, DE 19850

2116 4TH STREET LLC
2116 4TH ST NE
WASHINGTON, DC  20002-2470

**BANK OF AMERICA**
**Preferred Rewards**
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking
## Preferred Rewards for Bus Platinum

for June 1, 2024 to June 30, 2024                                                    Account number: ▇▇▇▇▇ 0011

**2116 4TH STREET LLC**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on June 1, 2024 | $65,995.41 | # of deposits/credits: 1 |
| Deposits and other credits | 1,468.00 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -1,816.80 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $65,984.59 |
| **Ending balance on June 30, 2024** | **$65,646.61** | [1]*Includes checks paid, deposited items and other debits* |

---

**BANK OF AMERICA**
**Preferred Rewards**
For Business

### Enroll today and activate your rewards

Becoming a Preferred Rewards for Business member can earn you valuable benefits and rewards — no fees on select banking services, bonus rewards on eligible business credit cards, interest rate booster on business savings accounts, interest rate discounts on new loans and more. Plus, there's no fee to join or participate.

To activate or learn more, visit **bankofamerica.com/BizRewardsEnroll**.

SSM-10-23-0400.B  |  6019196

PULL: E   CYCLE: 44   SPEC: E   DELIVERY: E   TYPE:     IMAGE: I   BC: DC                                                    Page 1 of 4

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



 **Your checking account**

**BANK OF AMERICA**

2116 4TH STREET LLC   |   Account # 0011   |   June 1, 2024 to June 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/03/24 | DISTRICT OF COLU DES:HCVP FEDER ID:  INDN:2116 4TH STREET LLC    CO ID:1521934645 CCD | 1,468.00 |
| **Total deposits and other credits** | | **$1,468.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/06/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC    CO ID:0000000160 PPD | -48.76 |
| 06/07/24 | Online Banking transfer to CHK 4618 Confirmation# 5079194300 | -1,468.00 |
| 06/11/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC    CO ID:0000000160 WEB | -68.43 |
| 06/11/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC    CO ID:0000000160 WEB | -21.05 |
| 06/12/24 | WASHINGTON GAS   DES:PAYMENT    ID:110001791463  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -16.97 |
| 06/12/24 | WASHINGTON GAS   DES:PAYMENT    ID:110001791471  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -16.97 |
| 06/12/24 | WASHINGTON GAS   DES:PAYMENT    ID:110001791489  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -16.97 |
| 06/13/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC    CO ID:0000000160 PPD | -35.36 |
| 06/13/24 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:2116 4TH STREET LLC    CO ID:0000000160 PPD | -21.05 |
| 06/14/24 | WASHINGTON GAS   DES:PAYMENT    ID:110001791489  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -19.81 |
| 06/14/24 | WASHINGTON GAS   DES:PAYMENT    ID:110001791463  INDN:2116 4TH LLC          CO ID:4530162882 WEB | -16.72 |

*continued on the next page*

 **Important information about payment scams**

**We will never...**
- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.    SSM-09-23-0692.A  |  6039180

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|---|---|---|---|
| 06/14/24 | WASHINGTON GAS   DES:PAYMENT    ID:110001791471  INDN:2116 4TH LLC<br>ID:4530162882 WEB | CO | -16.72 |
| 06/25/24 | VERIZON          DES:PAYMENTREC ID:5571176230001  INDN:ANDRE JEAN<br>ID:9783397101 WEB | CO | -49.99 |

| **Total withdrawals and other debits** | **-$1,816.80** |
|---|---|

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 05/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card has not been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 65,995.41 | 06/07 | 65,946.65 | 06/13 | 65,749.85 |
| 06/03 | 67,463.41 | 06/11 | 65,857.17 | 06/14 | 65,696.60 |
| 06/06 | 67,414.65 | 06/12 | 65,806.26 | 06/25 | 65,646.61 |