Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

## SUMMARY OF BALLOTS

Comes now WCP Fund I LLC ("WCP"), by and through undersigned counsel, pursuant to Local Rule 3018-1, and reports as follows:

No ballots have been received in connection with the proposed plan of reorganization (the "Plan," as found at DE #65-1), except that WCP, as the sole member of Class 1, is deemed to have—and has—accepted the Plan as the proponent thereof.

*[Signature on Following Page]*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 28, 2024 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 9812 Falls Road, #114-160 |
|  | Potomac, Maryland 20854 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |
|  | *Counsel for WCP* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig