**Fill in this information to identify the case:**

Debtor name: **2116 4th Street LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known): **23-00298-ELG**

☒ Check if this is an amended filing*

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

\* This form accompanies Amended Schedule G [DK #81]; however, Amended Schedule G caused no changes to the Summary of Assets and Liabilities as originally filed.

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **2,150,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ **2,150,000.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **2,120,609.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **18,605.37**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **337,424.99**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ **2,476,639.36**