The order below is hereby signed.

Signed: October 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING DISCLOSURE STATEMENT
### AND CONFIRMING PLAN OF REORGANIZATION

Upon consideration of the disclosure statement (the "Disclosure Statement," as found at DE #65) and plan of reorganization (the "Plan," as found at DE #65-1) filed by WCP Fund I LLC ("WCP"), the opposition thereto, evidence adduced at a hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Disclosure Statement be, and hereby is, APPROVED; and it is further

ORDERED, that the Plan be, and hereby is, CONFIRMED subject to the alterations set forth herein; and it is further

ORDERED, that Section 4.3 of the Plan is stricken and replaced with the following language: "**Assumption, Assignment, and/or Rejection**. The Successful Bidder shall have the right to direct any or all leases of the Debtor be assumed and assigned, or rejected, at closing following the Auction;" and it is further

ORDERED, that the word "fourteen" in section 1.2(r) of the Plan is stricken and replaced with the words "twenty-eight;" and it is further

ORDERED, that WCP shall cause this order to be served on all parties in interest, via US Mail, except WCP shall not be required to serve this order by mail on parties receiving notice via CM/ECF; and it is further

ORDERED, that should any party in interest object to any provision of this order within twenty-eight (28) days of the date of service, this order shall be STAYED pending adjudication of such objection.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP*

Seen:

/s/ Kristen E. Burgers (signed w/ express permission)
Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
Phone: 703.584.8900
Facsimile: 703.584.8901
KBurgers@hirschlerlaw.com
*Counsel for the Debtor*