Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of July, 2024, I caused a copy of (i) the Amended Disclosure Statement for Chapter 11 Plan of Reorganization of 2116 4th Street LLC Proposed by WCP Fund I LLC (DE #65); (ii) the Chapter 11 Plan of Reorganization of 2116 4th Street LLC Proposed by WCP Fund I LLC (DE #65-1); (iii) the Order Approving Disclosure Statement and Confirming Plan of Reorganization (DE #91) to be sent, via US Mail, postage prepaid, to all parties on the attached mailing matrix.

*[Signature on Following Page]*

1

                                        Respectfully submitted,

Dated: October 16, 2024                    By: /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                Bar No. MD18071
                                                The VerStandig Law Firm, LLC
                                                9812 Falls Road, #114-160
                                                Potomac, Maryland 20854
                                                Phone: (301) 444-4600
                                                Facsimile: (301) 444-4600
                                                mac@mbvesq.com
                                                *Counsel for WCP*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of October, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig