```
USPS FIRST CLASS MAILING ADDRESSES:
Parties with names struck through or labeled MAIL EXCLUDE were not served via First Class USPS Mail Service.

CASE INFO                          2116 4TH STREET                           EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING   712 H STREET NE                           WCP FUND I LLC
NCRS ADDRESS DOWNLOAD              849                                       CO MAURICE B VERTSANDIG  ESQ
CASE 23-298                        WASHINGTON  DC 20002-3627                 THE VERSTANDIG LAW FIRM  LLC
DISTRICT OF DISTRICT OF COLUMBIA                                             1452 W HORIZON RIDGE PKWY
WED OCT 16 6-42-28 PST 2024                                                  665
                                                                             HENDERSON  NV 89012-4422


WASHINGTON  DC                     BEYOND FIT SPORTS                         BINU PANICKER
E BARRETT PRETTYMAN U S COURTHOUSE 2116 4TH STREET  UNIT C                   2116 4TH STREET  UNIT B
333 CONSTITUTION AVE  NW 1225      WASHINGTON  DC 20002-2470                 WASHINGTON  DC 20002-2470
WASHINGTON  DC 20001-2802


DC OFFICE OF TAX AND REVENUE       GABRIELLA TORRES                          GRANLAN LLC
PO BOX 96165                       2116 4TH STREET  UNIT A                   10000 SW 231ST LANE
WASHINGTON  DC 20090-6165          WASHINGTON  DC 20002-2470                 MIAMI  FL 33190-1993


                                   EXCLUDE                                   EXCLUDE
INTERNAL REVENUE SERVICE           RUSSELL DRAZIN                            SF NU  LLC
CENTRALIZED INSOLVENCY OPERATI     PARDO  DRAZIN LLC                         8401 GREENSBORO DRIVE
POST OFFICE BOX 7346               4400 JENNIFER STREET NW                   SUITE 960
PHILADELPHIA  PA 19101-7346        SUITE 2                                   MC LEAN  VA 22102-5149
                                   WASHINGTON  DC 20015-2089


TRAVELERS                          U S TRUSTEE FOR REGION FOUR               VICTOR SAEH
OBIE INSURANCE SERVICES  LLC       U S TRUSTEES OFFICE                       2414 WATTS STREET
1134 WEST HUBBARD ST  FL 3         1725 DUKE STREET                          HOUSTON  TX 77030-1830
CHICAGO  IL 60642-6075             SUITE 650
                                   ALEXANDRIA  VA 22314-3489


EXCLUDE                            EXCLUDE
WCP FUND I  LLC                    KRISTEN E BURGERS
8401 GREENSBORO DRIVE              HIRSCHLER FLEISCHER
SUITE 960                          1676 INTERNATIONAL DRIVE
MC LEAN  VA 22102-5149             SUITE 1350
                                   TYSONS  VA 22102-4940
```