Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-298-ELG |
| | ) | (Chapter 11) |
| 2116 4TH STREET LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AUCTION OF 2116 4TH STREET, NE, WASHINGTON, DC 20002**

NOTICE IS HEREBY GIVEN that on November 20, 2024, at 10:00 am prevailing eastern time, or as soon thereafter as the United States Bankruptcy Court for the District of Columbia may call the above-captioned case, an auction shall be conducted, in said court, for the real estate commonly known as 2116 4th Street, NE, Washington, DC 20002, together with the improvements thereupon (the "Real Estate").

PLEASE BE ADVISED that the Real Estate shall be auctioned in accord with the provisions of that certain plan of reorganization found at docket entry 65-1 in the above-captioned case, subject to the alterations set forth in the confirmation order found at docket entry 91 in the same case.

NOTICE IS HEREBY GIVEN that the auction shall be conducted through hybrid means, with bidders able to attend in person in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20002, or via Zoom. Those wishing to attend via Zoom may contact Courtroom

1

Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov to obtain the credentials for the Zoom session.

NOTICE IS HEREBY GIVEN that participation in the auction shall be conditioned upon the posting of a deposit in a sum of not less than $150,000.00. Any person wishing to post such a deposit shall contact undersigned counsel, at mac@mbvesq.com, to arrange for the posting of said deposit. Any deposit must be received *before* the auction occurs; as such, any person wishing to post a deposit is advised to contact undersigned counsel at least two business days prior to the auction. The foregoing notwithstanding, and in accord with the terms of the plan of reorganization, WCP Fund I LLC shall *not* be required to post a deposit to bid in the auction.

Respectfully submitted,

Dated: November 3, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with a copy also being sent, via US Mail, postage prepaid, to all parties on the attached matrix, on November 4, 2024 (though a copy of the matrix is *not* being included in the subject mailing).

/s/ Maurice B. VerStandig
Maurice B. VerStandig