```
Label Matrix for local noticing        2116 4th Street                         WCP Fund I LLC
0090-1                                  712 H Street NE                         c/o Maurice B. VertSandig, Esq.
Case 23-00298-ELG                       #849                                    The VerStandig Law Firm, LLC
United States Bankruptcy Court for the Distri   Washington, DC 20002-3627       1452 W. Horizon Ridge Pkwy
Washington, D.C.                                                                #665
Sun Nov  3 10:01:55 EST 2024                                                    Henderson, NV 89012-4422

Washington, D.C.                        Beyond Fit Sports                       Binu Panicker
E. Barrett Prettyman U. S. Courthouse   2116 4th Street, Unit C                 2116 4th Street, Unit B
333 Constitution Ave, NW #1225          Washington, DC 20002-2470               Washington, DC 20002-2470
Washington, DC 20001-2802


DC Office of Tax and Revenue            Gabriella Torres                        Granlan LLC
P.O. Box 96165                          2116 4th Street, Unit A                 10000 SW 231st Lane
Washington, DC 20090-6165               Washington, DC 20002-2470               Miami, FL 33190-1993



Internal Revenue Service                Russell Drazin                          SF NU, LLC
Centralized Insolvency Operati          Pardo & Drazin LLC                      8401 Greensboro Drive
Post Office Box 7346                    4400 Jennifer Street NW                 Suite 960
Philadelphia, PA 19101-7346             Suite 2                                 Mc Lean, VA 22102-5149
                                        Washington, DC 20015-2089


Travelers                               U. S. Trustee for Region Four           Victor Saeh
Obie Insurance Services, LLC            U. S. Trustee's Office                  2414 Watts Street
1134 West Hubbard St., Fl. 3            1725 Duke Street                        Houston, TX 77030-1830
Chicago, IL 60642-6075                  Suite 650
                                        Alexandria, VA 22314-3489


WCP Fund I, LLC                         Kristen E Burgers                       End of Label Matrix
8401 Greensboro Drive                   Hirschler Fleischer                     Mailable recipients    16
Suite 960                               1676 International Drive                Bypassed recipients     0
Mc Lean, VA 22102-5149                  Suite 1350                              Total                  16
                                        Tysons, VA 22102-4940
```