# EXHIBIT A



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917010 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00003 |

---

Client:         2116 4th Street LLC

Matter:         General Case Administration

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                9,147.00

_____

**Total Due This Invoice**                                          **$9,147.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

Client: 2116 4th Street LLC

Matter: General Case Administration

Invoice Num.: 4917010

Invoice Date: November 13, 2024

Matter Number: 048852.00003

---

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/17/2023 | Kristen E. Burgers | E-mail to A. Jean regarding filings, upcoming deadlines, and procedures | 0.20 | 515.00 | 103.00 |
| 10/18/2023 | Kristen E. Burgers | Review and respond to correspondence with H. Acevedo and S. Mayson regarding IDI and meeting of creditors; correspondence with A. Jean regarding scheduling of and preparation for same | 0.40 | 515.00 | 206.00 |
| 10/19/2023 | Kristen E. Burgers | Videoconference with A. Jean and R. Simon regarding bankruptcy strategy and planning | 0.50 | 515.00 | 257.50 |
| 10/23/2023 | Kristen E. Burgers | Email to A. Jean and R. Simon regarding SARE designation and overall case strategy | 0.20 | 515.00 | 103.00 |
| 10/25/2023 | Kristen E. Burgers | Prepare Verified Statement of Small Business Debtor (.3); correspondence with A. Jean regarding same and IDI (.2); review and execute documents from the U.S. Trustee (.2); correspondence with H. Acevedo regarding same (.1); Zoom conference with A. Jean regarding IDI (.4); review documents in IDI folder from A. Jean (.1); e-mail to H. Acevedo regarding same (.1) | 1.40 | 515.00 | 721.00 |
| 10/26/2023 | Kristen E. Burgers | Participate in IDI with H. Acevedo and A. Jean (.8); follow-up telephone conference with A. Jean (.2) | 1.00 | 515.00 | 515.00 |
| 11/03/2023 | Kristen E. Burgers | Correspondence with R. Simon regarding case status generally | 0.10 | 515.00 | 51.50 |
| 11/09/2023 | Kristen E. Burgers | Telephone conference with A. Jean regarding case status and refinancing efforts | 0.10 | 515.00 | 51.50 |
| 11/15/2023 | Kristen E. Burgers | Correspondence with H. Acevedo and S. Mayson regarding additional documents for the IDI and creditor's meeting; telephone conference with A. Jean regarding DIP account and | 0.20 | 515.00 | 103.00 |

Client: 2116 4th Street LLC

Matter: General Case Administration

Invoice Num.: 4917010

Invoice Date: November 13, 2024

Matter Number: 048852.00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | creditor's meeting | | | |
| 11/28/2023 | Kristen E. Burgers | Review documents from A. Jean regarding taxes and MORs; research MOR form; e-mail to H. Acevedo regarding same | 0.20 | 515.00 | 103.00 |
| 12/01/2023 | Kristen E. Burgers | Correspondence with A. Jean regarding monthly operating report, status conference, and IRS concerns | 0.10 | 515.00 | 51.50 |
| 12/04/2023 | Kristen E. Burgers | Review e-mail from A. Jean and updates to file share site | 0.10 | 515.00 | 51.50 |
| 12/06/2023 | Kristen E. Burgers | Correspondence with A. Jean regarding open items and status conference (.1); attended status conference (.7); follow-up telephone conference with A. Jean (.1) | 0.90 | 515.00 | 463.50 |
| 12/18/2023 | Kristen E. Burgers | Review tax returns; revise response to IRS; correspondence with A. Jean regarding same, monthly operating reports, and communication with WCP | 0.30 | 515.00 | 154.50 |
| 12/27/2023 | Kristen E. Burgers | E-mail to A. Jean regarding insurance, monthly operating reports, and status generally | 0.10 | 515.00 | 51.50 |
| 01/09/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of refinancing and MORs | 0.10 | 550.00 | 55.00 |
| 01/15/2024 | Kristen E. Burgers | Review draft MORs for October and November; e-mail to A. Jean regarding same and case status generally | 0.20 | 550.00 | 110.00 |
| 01/17/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding bank accounts | 0.10 | 550.00 | 55.00 |
| 01/22/2024 | Kristen E. Burgers | Review and finalize monthly operating reports for October and November; e-mail to S. Mayson and H. Acevedo regarding same; e-mail to M. Verstandig regarding same; e-mail to A. Jean regarding same and case management issues and timeline | 0.50 | 550.00 | 275.00 |
| 01/24/2024 | Kristen E. Burgers | Correspondence with S. Mayson regarding MORs | 0.10 | 550.00 | 55.00 |

Client: 2116 4th Street LLC                                        Invoice Num.:                4917010
Matter: General Case Administration                        Invoice Date:        November 13, 2024
                                                                               Matter Number:             048852.00003

---

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/28/2024 | Kristen E. Burgers | Review and finalize December monthly operating report; e-mail to S. Mayson regarding same and case status generally | 0.30 | 550.00 | 165.00 |
| 02/02/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding case status and strategy | 0.10 | 550.00 | 55.00 |
| 02/13/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding monthly operating reports and DIP account minimums | 0.20 | 550.00 | 110.00 |
| 02/14/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding monthly operating reports and DIP bank account | 0.20 | 550.00 | 110.00 |
| 02/15/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding MORs; e-mail to T. Pika regarding same and DIP account | 0.40 | 550.00 | 220.00 |
| 02/20/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding DIP account and MORs | 0.20 | 550.00 | 110.00 |
| 02/21/2024 | Kristen E. Burgers | Correspondence with T. Pika and A. Jean regarding meeting to discuss DIP account | 0.10 | 550.00 | 55.00 |
| 02/21/2024 | Kristen E. Burgers | Prepare for and attend status conference | 0.50 | 550.00 | 275.00 |
| 02/22/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status conference and related issues | 0.10 | 550.00 | 55.00 |
| 02/23/2024 | Kristen E. Burgers | Teams conference with T. Pika, A. Jean, and B. Adhikari regarding monthly operating reports, DIP account, and insurance; follow-up correspondence with A. Jean regarding same and case status generally | 0.40 | 550.00 | 220.00 |
| 03/27/2024 | Kristen E. Burgers | Prepare for and attend status conference; e-mail to A. Jean regarding same | 0.50 | 550.00 | 275.00 |
| 04/01/2024 | Kristen E. Burgers | E-mail to A. Jean regarding order to show cause, monthly operating reports, bank statements, upstream transfers and related issues | 0.20 | 550.00 | 110.00 |

Client: 2116 4th Street LLC

Matter: General Case Administration

Invoice Num.:    4917010

Invoice Date:    November 13, 2024

Matter Number:    048852.00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/10/2024 | Kristen E. Burgers | Review draft MORs; prepare Exhibit template for same; e-mail to A. Jean regarding same and status generally | 0.70 | 550.00 | 385.00 |
| 04/15/2024 | Kristen E. Burgers | Review and finalize monthly operating reports and exhibits for January and February 2024; correspondence with A. Jean regarding same | 0.50 | 550.00 | 275.00 |
| 04/16/2024 | Kristen E. Burgers | E-mail to A. Jean regarding bankruptcy court hearing and status generally | 0.10 | 550.00 | 55.00 |
| 04/17/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of refinancing; review related materials; attend status hearing by Zoom; follow-up telephone conference with A. Jean regarding status and strategy | 0.40 | 550.00 | 220.00 |
| 04/22/2024 | Kristen E. Burgers | Correspondence with R. Simon regarding case status; correspondence with J. Vengada regarding status of refinancing | 0.10 | 550.00 | 55.00 |
| 04/24/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding March monthly operating report and US Trustee requests; e-mail to T. Pika regarding US trustee information requests | 0.20 | 550.00 | 110.00 |
| 04/29/2024 | Kristen E. Burgers | Finalize March 2024 monthly operating report; e-mail regarding same to M. Verstandig; e-mail to T. Pika regarding same and information requests; e-mail to A. Jean regarding same | 0.40 | 550.00 | 220.00 |
| 05/06/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding 2023 tax extension and current insurance certificate | 0.20 | 550.00 | 110.00 |
| 05/13/2024 | Kristen E. Burgers | E-mail to A. Jean regarding status conference and MORs | 0.10 | 550.00 | 55.00 |
| 05/14/2024 | Kristen E. Burgers | Prepare and file Notice of Filing of Supplement to March 2024 monthly operating report; | 0.40 | 550.00 | 220.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: 2116 4th Street LLC | | | Invoice Num.: | | 4917010 |
| Matter: General Case Administration | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048852.00003 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | e-mail to A. Jean regarding same | | | |
| 05/15/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of refinancing efforts; attend status conference; follow-up telephone conference with A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 05/28/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding monthly operating report and refinancing | 0.20 | 550.00 | 110.00 |
| 05/29/2024 | Kristen E. Burgers | Finalize April 2024 monthly operating report | 0.20 | 550.00 | 110.00 |
| 06/14/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding payment of quarterly fees and insurance certificate; e-mail to T. Pika regarding same | 0.20 | 550.00 | 110.00 |
| 06/24/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding May monthly operating reports and settlement with WCP | 0.10 | 550.00 | 55.00 |
| 06/27/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding case status and WCP amended disclosure statement and procedures motion (.1); correspondence with A. Jean regarding same (.1), monthly operating reports, and status conference; attend status conference (2) | 0.40 | 550.00 | 220.00 |
| 07/16/2024 | Kristen E. Burgers | Review and finalize May monthly operating report; correspondence with A. Jean regarding same and case status generally | 0.30 | 550.00 | 165.00 |
| 08/07/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding June monthly operating report | 0.10 | 550.00 | 55.00 |
| 08/27/2024 | Kristen E. Burgers | Review and finalize June monthly operating report | 0.30 | 550.00 | 165.00 |
| 08/28/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding quarterly fees; e-mail to A. Jean regarding same | 0.20 | 550.00 | 110.00 |
| 09/03/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of June and | 0.10 | 550.00 | 55.00 |

Client: 2116 4th Street LLC

Matter: General Case Administration

Invoice Num.: 4917010

Invoice Date: November 13, 2024

Matter Number: 048852.00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | July monthly operating reports | | | |
| 09/11/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding insurance certificate and monthly operating reports; correspondence with A. Jean regarding June monthly operating report and status generally | 0.30 | 550.00 | 165.00 |
| 09/13/2024 | Kristen E. Burgers | Review and finalize July monthly operating report | 0.30 | 550.00 | 165.00 |
| 09/16/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding 2023 tax return; correspondence with A. Jean regarding same; correspondence with S. Jackson regarding segregation of DC Housing automatic payments for tenants who have vacated the premises | 0.30 | 550.00 | 165.00 |
| 09/17/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding 2023 tax return; correspondence with T. Pika regarding same and July monthly operating report | 0.20 | 550.00 | 110.00 |
| 10/01/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding August monthly operating reports; correspondence with A. Jean regarding same, confirmation order, and status generally | 0.20 | 550.00 | 110.00 |
| 10/21/2024 | Kristen E. Burgers | E-mail to A. Jean regarding status conference, MORs, and quarterly fees | 0.10 | 550.00 | 55.00 |
| 10/29/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding UST quarterly fees, past due MORs, and 2023 tax return; e-mail to A. Jean regarding same | 0.10 | 550.00 | 55.00 |
| **Total** | | | **17.00** | | **$9,147.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|------|------------------|-------|--------|
| Kristen E. Burgers | Partner | 17.00 | 9,147.00 |
| **Total** | | **17.00** | **$9,147.00** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917010 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00003 |

**REMITTANCE COPY**

**General Case Administration**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917010 | $9,147.00 |
| **Balance Due** | | $9,147.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917004 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00004 |

---

Client:          2116 4th Street LLC

Matter:         Schedules of Assets and Liabilities

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                                    2,727.00

                                                                          _____

**Total Due This Invoice**                                                    **$2,727.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 2116 4th Street LLC | Invoice Num.: | 4917004 |
|---|---|---|
| Matter: Schedules of Assets and Liabilities | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048852.00004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/2023 | Kristen E. Burgers | Review and revise schedules and statements | 0.50 | 515.00 | 257.50 |
| 10/27/2023 | Kristen E. Burgers | Update information in BestCase; e-mail to A. Jean regarding form documents | 0.70 | 515.00 | 360.50 |
| 10/31/2023 | Kristen E. Burgers | Prepare, revise, finalize and file Schedules, SOFA, and lists (1.2); correspondence with A. Jean regarding same (.3) | 1.50 | 515.00 | 772.50 |
| 11/14/2023 | Kristen E. Burgers | Review amendments to schedules (.2); prepare amendment coversheet, notice to newly added creditors, notice of change of creditor address, and notice to contingent, unliquidated and disputed creditors (.8); correspondence with N. Dysart regarding filing and service of same (.1) | 1.10 | 515.00 | 566.50 |
| 08/26/2024 | Kristen E. Burgers | Prepare Amended Schedule G and Declaration; e-mail to A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 08/26/2024 | Kristen E. Burgers | Prepare Amended Schedule G and Declaration; e-mail to A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 08/27/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding Amended Schedule G and Declaration (.1); prepare Amendment Cover Sheet and List of Newly Added Creditors (.2); prepare Notice to Newly Added Creditors (.2); correspondence with N. Dysart regarding service of same (.1) | 0.60 | 550.00 | 330.00 |
| 09/11/2024 | Kristen E. Burgers | Prepare Amended Summary of Assets and Liabilities with explanatory note | 0.20 | 550.00 | 110.00 |
| **Total** | | | **5.20** | | **$2,727.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|---|---|---|---|
| Kristen E. Burgers | Partner | 5.20 | 2,727.00 |

Client: 2116 4th Street LLC

Matter: Schedules of Assets and Liabilities

Invoice Num.: 4917004

Invoice Date: November 13, 2024

Matter Number: 048852.00004

| Name | Timekeeper Title | Hours | Amount |
|------|-----------------|-------|--------|
| **Total** | | **5.20** | **$2,727.00** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

Invoice Num.:          4917004
**Client Number:**      **048852**
Invoice Date:    November 13, 2024
Matter Number:       048852.00004

**REMITTANCE COPY**

**<u>Schedules of Assets and Liabilities</u>**

| <u>Invoice Date</u> | <u>Invoice Number</u> | <u>Balance Due</u> |
|---|---|---|
| <u>Current Invoice</u> | | |
| 11/13/2024 | 4917004 | $2,727.00 |
| **Balance Due** | | $2,727.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917009 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00005 |

---

Client:        2116 4th Street LLC

Matter:        Financing and Cash Collateral

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                 3,021.50

_____

**Total Due This Invoice**                                **$3,021.50**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| | | | | | |
|---|---|---|---|---|---|
| Client: 2116 4th Street LLC | | | Invoice Num.: | | 4917009 |
| Matter: Financing and Cash Collateral | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048852.00005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/2023 | Kristen E. Burgers | E-mail to M. Verstandig regarding refinancing | 0.10 | 515.00 | 51.50 |
| 01/03/2024 | Kristen E. Burgers | Review appraisals; e-mail to A. Jean regarding same and IRS e-mail | 0.30 | 550.00 | 165.00 |
| 01/15/2024 | Kristen E. Burgers | E-mail to M. Verstandig regarding status of refinancing and adequate assurance payments; e-mail to M. Verstandig regarding status of refinancing and adequate assurance payments; telephone conference with M. Verstandig regarding same | 0.20 | 550.00 | 110.00 |
| 01/23/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding refinancing and next steps | 0.30 | 550.00 | 165.00 |
| 01/24/2024 | Kristen E. Burgers | Review information from A. Jean on refinancing; e-mail to M. Verstandig regarding same and compromise of WCP loans | 0.10 | 550.00 | 55.00 |
| 01/25/2024 | Kristen E. Burgers | Telephone conferences with M. Verstandig regarding refinancing and compromise of WCP loans; e-mail to A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 02/19/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding timing of refinancing | 0.10 | 550.00 | 55.00 |
| 02/25/2024 | Kristen E. Burgers | Prepare motion for authority to obtain post-petition financing | 0.80 | 550.00 | 440.00 |
| 02/26/2024 | Kristen E. Burgers | Prepare proposed order granting motion for authority to obtain post-petition financing | 0.40 | 550.00 | 220.00 |
| 02/28/2024 | Kristen E. Burgers | Prepare motion for an expedited hearing on motion for authority to obtain post-petition financing and notice, praecipe, and proposed order (.4); correspondence with M. Verstandig regarding same (.1); correspondence with A. Jean regarding same (.1) | 0.60 | 550.00 | 330.00 |
| 02/29/2024 | Kristen E. Burgers | Correspondence with S. Mayson regarding Black Label | 0.20 | 550.00 | 110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: 2116 4th Street LLC | | | Invoice Num.: | | 4917009 |
| Matter: Financing and Cash Collateral | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048852.00005 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Capital; correspondence with M. Verstandig regarding orders; review Certificate of Service | | | |
| 03/01/2024 | Kristen E. Burgers | Correspondence with K. Eustis regarding financing; prepare for and attend hearing on motion to approve post-petition secured financing; revise and upload order; correspondence with A. Jean regarding entry of same | 0.40 | 550.00 | 220.00 |
| 03/08/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of closing; correspondence with M. Verstandig regarding same | 0.20 | 550.00 | 110.00 |
| 03/11/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of closing; correspondence with M. Verstandig regarding same and conditions to extending outside closing date | 0.30 | 550.00 | 165.00 |
| 03/18/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of refinancing and WCP negotiations and other pending matters | 0.10 | 550.00 | 55.00 |
| 03/20/2024 | Kristen E. Burgers | Telephone conferences with M. Verstandig regarding status of refinancing and staggered closings; e-mail to A. Jean regarding same | 0.20 | 550.00 | 110.00 |
| 03/28/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of refinancing and related matters; e-mail to M. Verstandig regarding same | 0.20 | 550.00 | 110.00 |
| 05/06/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding April 2024 bank statement and return of funds to Debtor's bank account; e-mail to A. Jean regarding same and status of refinancing | 0.30 | 550.00 | 165.00 |
| 07/18/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding refinancing options and WCP's settlement interest | 0.20 | 550.00 | 110.00 |
| 08/05/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding refinancing | 0.20 | 550.00 | 110.00 |

Client: 2116 4th Street LLC

Matter: Financing and Cash Collateral

Invoice Num.: 4917009

Invoice Date: November 13, 2024

Matter Number: 048852.00005

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | options and strategy | | | |
| **Total** | | | **5.50** | | **$3,021.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|------|------------------|-------|--------|
| Kristen E. Burgers | Partner | 5.50 | 3,021.50 |
| **Total** | | **5.50** | **$3,021.50** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917009 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00005 |

**REMITTANCE COPY**

**Financing and Cash Collateral**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917009 | $3,021.50 |
| **Balance Due** | | $3,021.50 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917005 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00006 |

---

Client:     2116 4th Street LLC

Matter:     Asset Sales and Disposition

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                        1,540.00

                                                                    _____

**Total Due This Invoice**                                          **$1,540.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**

For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**

Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| | | | | | |
|---|---|---|---|---|---|
| Client: 2116 4th Street LLC | | | Invoice Num.: | | 4917005 |
| Matter: Asset Sales and Disposition | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048852.00006 |

---

**Time Detail**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 03/13/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of closing | 0.10 | 550.00 | 55.00 |
| 03/21/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of refinance | 0.10 | 550.00 | 55.00 |
| 03/22/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding status of refinance | 0.10 | 550.00 | 55.00 |
| 03/24/2024 | Kristen E. Burgers | E-mail to A. Jean and M. Verstandig regarding payoff statements; correspondence with A. Jean regarding same and status generally | 0.20 | 550.00 | 110.00 |
| 04/16/2024 | Kristen E. Burgers | Review e-mail from T. Pika regarding monthly operating reports | 0.10 | 550.00 | 55.00 |
| 06/05/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding refinancing structure | 0.30 | 550.00 | 165.00 |
| 07/26/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of refinancing and related issues (.4); e-mail to M. Verstandig with settlement proposal (.2); telephone conferences with M. Verstandig regarding same (.2); correspondence with A. Jean regarding settlement counter from WCP (.1) | 0.90 | 550.00 | 495.00 |
| 08/02/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding settlement offer | 0.10 | 550.00 | 55.00 |
| 08/04/2024 | Kristen E. Burgers | E-mail to A. Jean regarding status of negotiations with WCP's counsel | 0.10 | 550.00 | 55.00 |
| 08/19/2024 | Kristen E. Burgers | Review condominium documents | 0.50 | 550.00 | 275.00 |
| 08/19/2024 | Kristen E. Burgers | Review commitment letters and refinancing proposals | 0.30 | 550.00 | 165.00 |
| **Total** | | | **2.80** | | **$1,540.00** |

| | | | |
|---|---|---|---|
| Client: 2116 4th Street LLC | | Invoice Num.: | 4917005 |
| Matter: Asset Sales and Disposition | | Invoice Date: | November 13, 2024 |
| | | Matter Number: | 048852.00006 |

**Timekeeper Summary**

| **Name** | **Timekeeper Title** | **Hours** | **Amount** |
|---|---|---|---|
| Kristen E. Burgers | Partner | 2.80 | 1,540.00 |
| **Total** | | **2.80** | **$1,540.00** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917005 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00006 |

**REMITTANCE COPY**

**<u>Asset Sales and Disposition</u>**

| <u>Invoice Date</u> | <u>Invoice Number</u> | <u>Balance Due</u> |
|---|---|---|
| <u>Current Invoice</u> | | |
| 11/13/2024 | 4917005 | $1,540.00 |
| **Balance Due** | | $1,540.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917006 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00008 |

---

| | |
|---|---|
| Client: | 2116 4th Street LLC |
| Matter: | Creditor Meetings and Inquiries |

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                                                      625.00

_____

**Total Due This Invoice**                                                                     **$625.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| | | | | | |
|---|---|---|---|---|---|
| Client: 2116 4th Street LLC | | | Invoice Num.: | | 4917006 |
| Matter: Creditor Meetings and Inquiries | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048852.00008 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | Kristen E. Burgers | Correspondence with A. Jean regarding obligations of creditors to participate in bankruptcy proceedings | 0.10 | 515.00 | 51.50 |
| 11/06/2023 | Kristen E. Burgers | Telephone conference with M. Verstandig about the bankruptcy cases and plan for payment to WCP; correspondence with A. Jean and R. Simon regarding same | 0.30 | 515.00 | 154.50 |
| 11/16/2023 | Kristen E. Burgers | Participate in meeting of creditors; follow-up correspondence with A. Jean | 0.60 | 515.00 | 309.00 |
| 05/09/2024 | Kristen E. Burgers | Telephone conference with L. Jiggetts from the IRS regarding tax returns and claims; e-mail to N. Dysart regarding fax to the IRS | 0.20 | 550.00 | 110.00 |
| **Total** | | | **1.20** | | **$625.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|---|---|---|---|
| Kristen E. Burgers | Partner | 1.20 | 625.00 |
| **Total** | | **1.20** | **$625.00** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917006 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00008 |

**REMITTANCE COPY**

**Creditor Meetings and Inquiries**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917006 | $625.00 |
| **Balance Due** | | $625.00 |



**TO PAY BY E-CHECK OR CREDIT CARD:**

Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

| | | |
|---|---|---|
| 2116 4th Street LLC | **Invoice Num.:** | 4917003 |
| 712 H Street, NE | **Client Number:** | **048852** |
| #849 | Invoice Date: | November 13, 2024 |
| Washington, DC 20002 | Matter Number: | 048852.00009 |

---

| | |
|---|---|
| Client: | 2116 4th Street LLC |
| Matter: | Employment and Compensation Applications |

*For professional services rendered through October 31, 2024*

Currency: USD

| | |
|---|---|
| Fees | 2,188.50 |

| | |
|---|---|
| **Total Due This Invoice** | **$2,188.50** |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 2116 4th Street LLC | Invoice Num.: | 4917003 |
|---|---|---|
| Matter: Employment and Compensation Applications | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048852.00009 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/30/2023 | Kristen E. Burgers | Prepare Application to Employ Hirschler, Verified Statement, Proposed Order, and Notice | 1.20 | 515.00 | 618.00 |
| 11/01/2023 | Kristen E. Burgers | Correspondence with A. Jean regarding Hirschler employment application | 0.10 | 515.00 | 51.50 |
| 11/14/2023 | Kristen E. Burgers | Review comments from A. Jean to employment application and verified statement; review and revise same and finalize for filing | 0.40 | 515.00 | 206.00 |
| 12/07/2023 | Kristen E. Burgers | Revise and upload order granting Hirschler employment application | 0.20 | 515.00 | 103.00 |
| 10/25/2024 | Kristen E. Burgers | Prepare First and Final Fee Application for Hirschler, proposed order and notice | 2.20 | 550.00 | 1,210.00 |
| **Total** | | | **4.10** | | **$2,188.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|---|---|---|---|
| Kristen E. Burgers | Partner | 4.10 | 2,188.50 |
| **Total** | | **4.10** | **$2,188.50** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917003 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00009 |

**REMITTANCE COPY**

**Employment and Compensation Applications**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917003 | $2,188.50 |
| **Balance Due** | | $2,188.50 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917011 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00012 |

---

Client:      2116 4th Street LLC

Matter:      Claims Analysis and Objections

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                3,210.00

_____

**Total Due This Invoice**                                **$3,210.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 2116 4th Street LLC | Invoice Num.: | 4917011 |
|---|---|---|
| Matter: Claims Analysis and Objections | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048852.00012 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/2023 | Kristen E. Burgers | Review loan documents and new lender term sheets; correspondence with R. Simon regarding same | 0.60 | 515.00 | 309.00 |
| 10/27/2023 | Kristen E. Burgers | Review WCP loan documents; research DC land records | 0.40 | 515.00 | 206.00 |
| 02/05/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding calculation of payoff amounts by WCP; review spreadsheet regarding same | 0.10 | 550.00 | 55.00 |
| 02/07/2024 | Kristen E. Burgers | E-mail to M. Verstandig regarding calculation of WCP payoff amount | 0.20 | 550.00 | 110.00 |
| 02/08/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding calculation of WCP claim; e-mail to A. Jean regarding same and related issues | 0.20 | 550.00 | 110.00 |
| 02/09/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding calculation of WCP claim | 0.10 | 550.00 | 55.00 |
| 02/13/2024 | Kristen E. Burgers | Review payment history from WCP; correspondence with A. Jean regarding same | 0.20 | 550.00 | 110.00 |
| 02/14/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding WCP claim calculation and compromise | 0.30 | 550.00 | 165.00 |
| 02/15/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding WCP claim; e-mail to M. Verstandig regarding same | 0.40 | 550.00 | 220.00 |
| 02/16/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding WCP claim; telephone conference with A. Jean regarding same | 0.20 | 550.00 | 110.00 |
| 02/27/2024 | Kristen E. Burgers | Prepare motion to approve settlement of WCP claims and proposed order | 1.20 | 550.00 | 660.00 |
| 02/28/2024 | Kristen E. Burgers | Prepare motion for an expedited hearing on motion to approve settlement of WCP claims and notice, praecipe, and proposed order (.4); correspondence with M. | 1.30 | 550.00 | 715.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: 2116 4th Street LLC | | | Invoice Num.: | | 4917011 |
| Matter: Claims Analysis and Objections | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048852.00012 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Verstandig regarding same (.2); correspondence with A. Mathewes regarding same (.2); finalize order and hearing notice (.2); correspondence with A. Jean regarding same (.2); correspondence with N. Dysart regarding service (.1) | | | |
| 02/29/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding orders; review Certificate of Service; correspondence with N. Dysart regarding same | 0.10 | 550.00 | 55.00 |
| 03/01/2024 | Kristen E. Burgers | Prepare for and attend hearing on motion to approve settlement with WCP; revise and upload order; correspondence with A. Jean regarding same | 0.40 | 550.00 | 220.00 |
| 03/15/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding status of refinancing and claim settlement | 0.20 | 550.00 | 110.00 |
| **Total** | | | **5.90** | | **$3,210.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|---|---|---|---|
| Kristen E. Burgers | Partner | 5.90 | 3,210.00 |
| **Total** | | **5.90** | **$3,210.00** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917011 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00012 |

**REMITTANCE COPY**

**Claims Analysis and Objections**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917011 | $3,210.00 |
| **Balance Due** | | $3,210.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917008 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00013 |

---

Client:     2116 4th Street LLC

Matter:     Adversary Proceedings and Contested Matters

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                    1,210.00

_____

**Total Due This Invoice**                                              **$1,210.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 2116 4th Street LLC | | Invoice Num.: | 4917008 |
| Matter: Adversary Proceedings and Contested Matters | | Invoice Date: | November 13, 2024 |
| | | Matter Number: | 048852.00013 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/29/2024 | Kristen E. Burgers | Review motion for the appointment of a chapter 11 trustee or to convert case to a chapter 7 bankruptcy; correspondence with A. Jean regarding same; telephone conference with M. Verstandig regarding same | 0.50 | 550.00 | 275.00 |
| 04/30/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding withdrawal of motion for the appointment of a chapter 11 trustee or to convert case to a chapter 7 bankruptcy; e-mail to A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 06/24/2024 | Kristen E. Burgers | Review real estate valuations; e-mail to M. Verstandig regarding settlement proposal | 0.10 | 550.00 | 55.00 |
| 08/16/2024 | Kristen E. Burgers | Prepare limited objection to WCP Plan (1.0); correspondence with M. Verstandig regarding same (.1); correspondence with A. Jean regarding same (.2) | 1.30 | 550.00 | 715.00 |
| **Total** | | | **2.20** | | **$1,210.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|------|------------------|-------|--------|
| Kristen E. Burgers | Partner | 2.20 | 1,210.00 |
| **Total** | | **2.20** | **$1,210.00** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917008 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00013 |

**REMITTANCE COPY**

**Adversary Proceedings and Contested Matters**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917008 | $1,210.00 |
| **Balance Due** | | $1,210.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917007 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00014 |

---

Client:      2116 4th Street LLC

Matter:      Plan and Disclosure Statement

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                                3,135.00

                                                                            _____

**Total Due This Invoice**                                                        **$3,135.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**

For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**

Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 2116 4th Street LLC | Invoice Num.: | 4917007 |
|---|---|---|
| Matter: Plan and Disclosure Statement | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048852.00014 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/17/2024 | Kristen E. Burgers | Prepare for and attend hearing on WCP's motion to defer hearing on Disclosure Statement and status; telephone conference with M. Verstandig regarding same | 0.30 | 550.00 | 165.00 |
| 08/15/2024 | Kristen E. Burgers | Review WCP Plan; e-mail to A. Jean regarding objection deadline and possible options | 0.30 | 550.00 | 165.00 |
| 08/19/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding objection | 0.20 | 550.00 | 110.00 |
| 08/21/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding Plan objection and continuation of confirmation hearing (.3); correspondence with A. Jean regarding same (.2) | 0.50 | 550.00 | 275.00 |
| 08/26/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding objection to WCP Plan; e-mail to A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 08/27/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding proposal from WCP to amend Plan with respect to tenant concerns | 0.20 | 550.00 | 110.00 |
| 08/28/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding proposed modifications to address objections (.7); correspondence with M. Verstandig regarding same (.3); telephone conference with A. Jean regarding potential witness examination (.2); attend confirmation hearing and status conference (1.1); prepare spreadsheet of Plan and sale timeline (.4); e-mail to A. Jean regarding same (.1) | 2.80 | 550.00 | 1,540.00 |
| 09/03/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of confirmation order | 0.10 | 550.00 | 55.00 |
| 10/11/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding confirmation order | 0.10 | 550.00 | 55.00 |

Client: 2116 4th Street LLC

Matter: Plan and Disclosure Statement

Invoice Num.: 4917007

Invoice Date: November 13, 2024

Matter Number: 048852.00014

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/12/2024 | Kristen E. Burgers | Review draft confirmation order; e-mail to A. Jean regarding same, sale timeline, and open issues | 0.30 | 550.00 | 165.00 |
| 10/15/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding confirmation order; correspondence with A. Jean regarding same and settlement offer | 0.40 | 550.00 | 220.00 |
| 10/16/2024 | Kristen E. Burgers | E-mail to A. Jean regarding confirmation order, auction timeline, and settlement proposal | 0.20 | 550.00 | 110.00 |
| **Total** | | | **5.70** | | **$3,135.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|------|-----------------|-------|--------|
| Kristen E. Burgers | Partner | 5.70 | 3,135.00 |
| **Total** | | **5.70** | **$3,135.00** |

2116 4th Street LLC
712 H Street, NE
#849
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917007 |
| **Client Number:** | **048852** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048852.00014 |

**REMITTANCE COPY**

**Plan and Disclosure Statement**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917007 | $3,135.00 |
| **Balance Due** | | $3,135.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check