# EXHIBIT B



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

| | |
|---|---|
| 2116 4th Street LLC | Invoice Num.: 4917012 |
| 712 H Street, NE | **Client Number:** **048852** |
| #849 | Invoice Date: November 13, 2024 |
| Washington, DC 20002 | Matter Number: 048852.00015 |

| | |
|---|---|
| Client: | 2116 4th Street LLC |
| Matter: | Costs |

*For professional services rendered through October 31, 2024*

Currency: USD

| | |
|---|---|
| Costs | 66.00 |
| | ———— |
| **Total Due This Invoice** | **$66.00** |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| | |
|---|---|
| Client: 2116 4th Street LLC | Invoice Num.: 4917012 |
| Matter: Costs | Invoice Date: November 13, 2024 |
| | Matter Number: 048852.00015 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Filing Fees | 66.00 |
| **Total** | **$66.00** |

| | |
|---|---|
| 2116 4th Street LLC<br>712 H Street, NE<br>#849<br>Washington, DC 20002 | Invoice Num.: 4917012<br>**Client Number:** **048852**<br>Invoice Date: November 13, 2024<br>Matter Number: 048852.00015 |

**REMITTANCE COPY**

**Costs**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917012 | $66.00 |
| **Balance Due** | | $66.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check