**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>　　　　Debtor. | )<br>)<br>)   Case No. 23-00298-ELG<br>)<br>)   (Chapter 11)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, I caused a true and correct copy of the *First and Final Application of Hirschler Fleischer as Bankruptcy Counsel to the Debtor for Final Allowance and Authorization of Compensation and Reimbursement of Expenses* [Docket #94] to be served (a) on November 14, 2024, by operation of the Court's CM/ECF electronic case management system on the parties identified on the "ECF Service List" attached as Exhibit 1 ("**ECF List**") and (b) on November 15, 2024, by first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached as Exhibit 2 ("**First Class Mail List**").

Dated:  November 15, 2024              Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:    (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
        kburgers@hirschleraw.com

*Counsel to the Debtor*

---

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
        kburgers@hirschlerlaw.com

*Counsel to the Debtor*

- 2 -

# EXHIBIT 1

### ECF SERVICE LIST

**Electronic Mail Notice List** - Parties in the case only

- **Kristen S. Eustis**:         Kristen.S.Eustis@usdoj.gov
- **Sara Kathryn Mayson**:       sara.kathryn.mayson@usdoj.gov
- **Maurice B. VerStandig**:     mac@mbvesq.com

Case 23-00298-ELG    Doc 95    Filed 11/15/24    Entered 11/15/24 17:16:33    Desc Main
                                Document      Page 3 of 3

# EXHIBIT 2

## FIRST CLASS MAIL SERVICE LIST

DC Office of Tax and Revenue
PO Box 96165
Washington, DC 20090-6165

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314

Travelers
Obie Insurance Services, LLC
1134 West Hubbard St., Fl. 3
Chicago, IL 60642

Victor Saeh
2414 Watts Street
Houston, TX 77030

Granlan, LLC
10000 SW 231st Lane
Miami, FL 33190

PHL Trust
10000 SW 231st Lane
Miami, FL 33190

Thelan Inc.
P.O. Box 77304
Washington, DC 20013

EKM Law PLLC
2 Massachusetts Ave., NE #76607
Washington, DC 20013

Nueva Ideas Utilities
1921 East West Highway, Apt. 204
Silver Spring, MD 20910

Zurich in North America
1299 Zurich Way
Schaumburg, IL 60196

Securities & Exchange Commission
950 East Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326-1382

Binu Panicker
2116 4th Street
Unit B
Washington, DC 20002

Gabriella Torres
2116 4th Street
Unit A
Washington, DC 20002

Beyond Fit Sports
2116 4th Street
Unit C
Washington, DC 20002