**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

In re:

**2116 4th Street,**                                            **Case No. 23-00298-ELG**

        **Debtor.**                                             **Chapter 11**

### NOTICE OF APPEARANCE

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Katharine Toledo, Trial Attorney, on behalf of Matthew W. Cheney, the Acting United States Trustee, Region 4.

Dated:  January 7, 2026                          Matthew W. Cheney
                                                 Acting United States Trustee, Region 4


                                      By:   */s/ Katharine Toledo*
                                            Katharine Toledo, D.C. Bar No. 90027591
                                            Trial Attorney
                                            Office of United States Trustee
                                            1725 Duke Street, Suite 650
                                            Alexandria, VA 22314
                                            (202) 603-5203 (Office Cell)
                                            Email: katharine.i.toledo@usdoj.gov