The order below is hereby signed.

Signed: July 30 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

**2116 4th Street,**

       **Debtor.**

**Case No. 23-00298-ELG**

**Chapter 11**

## <u>ORDER DISMISSING CASE</u>

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the motion of the Acting United States Trustee is hereby granted and this case is hereby DISMISSED.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed below and give notice of this order to all parties listed on the mailing matrix.

I ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Katharine I. Toledo*
Katharine I. Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov

SEEN AND NO OBJECTION:

*/s/ Kristen E. Burgers (by KIT with permission via email)*
Kristen E. Burgers (DC Bar No. 500674)
Hirschler Fleischer
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
(703) 584-8900
Email: KBurgers@hirschlerlaw.com


Copies to:

Kristen E Burgers kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Sara Kathryn Jackson sara.kathryn.jackson@usdoj.gov, Robert.W.Ours@usdoj.gov

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:                                                                    Case No. 23-00298-ELG

2116 4th Street                                                       Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                      User: admin                                    Page 1 of 2

Date Rcvd: Jul 30, 2026                   Form ID: pdf001                           Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 2116 4th Street, 712 H Street NE, #849, Washington, DC 20002-3627 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |
| 780542 | + | Beyond Fit Sports, 2116 4th Street, Unit C, Washington, DC 20002-2470 |
| 780540 | + | Binu Panicker, 2116 4th Street, Unit B, Washington, DC 20002-2470 |
| 772804 | | DC Office of Tax and Revenue, P.O. Box 96165, Washington, DC 20090-6165 |
| 780541 | + | Gabriella Torres, 2116 4th Street, Unit A, Washington, DC 20002-2470 |
| 773706 | + | Granlan LLC, 10000 SW 231st Lane, Miami, FL 33190-1993 |
| 772806 | + | Russell Drazin, Pardo & Drazin LLC, 4400 Jennifer Street NW, Suite 2, Washington, DC 20015-2089 |
| 772807 | + | SF NU, LLC, 8401 Greensboro Drive, Suite 960, Mc Lean, VA 22102-5149 |
| 773707 | + | Travelers, Obie Insurance Services, LLC, 1134 West Hubbard St., Fl. 3, Chicago, IL 60642-6075 |
| 772808 | + | Victor Saeh, 2414 Watts Street, Houston, TX 77030-1830 |
| 772809 | + | WCP Fund I, LLC, 8401 Greensboro Drive, Suite 960, Mc Lean, VA 22102-5149 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jul 30 2026 23:17:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jul 30 2026 23:05:29 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2026 23:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Jul 30 2026 23:05:34 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Jul 30 2026 23:17:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 30 2026 23:17:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |

TOTAL: 6

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 30, 2026 | Form ID: pdf001 | Total Noticed: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 772805 | *+ | Internal Revenue Service, Centralized Insolvency Operati, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Kristen E Burgers | on behalf of Debtor In Possession 2116 4th Street kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Jackson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 6